1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY,
6  AL DAVIS AND A. MORRIS

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  LEE JACKSON and KENNETH JACKSON,        )   (Superior Court for the County of
                                            )   Santa Clara Case No.:
12                      Plaintiffs,         )   107CV079050)
                                            )
13          v.                              )   NOTICE REMOVAL OF ACTION
                                            )   UNDER 28 U.S.C. § 1441(b)
14  SILICON VALLEY ANIMAL CONTROL           )   (FEDERAL QUESTION)
    AUTHORITY, CITY OF SANTA CLARA, CITY    )
15  OF CAMPBELL, HUMANE SOCIETY SILICON     )
    VALLEY DOES 1 TO 20,                    )
16                                          )
                        Defendants.         )
17  _____ )

18      PLEASE TAKE NOTICE that defendants AL DAVIS and A. MORRIS hereby remove to this

19  Court the state court action described below.

20      1.      On January 29, 2007, an action was commenced in the Superior Court of the State of

21  California, in and for the County of Santa Clara, entitled LEE JACKSON and KENNETH JACKSON v.

22  SILICON VALLEY ANIMAL CONTROL AUTHORITY et al, as case number 107CV079050, attached

23  hereto as Exhibit A.

24      2.      On September 24, 2007, plaintiffs LEE JACKSON and KENNETH JACKSON filed a

25  First Amended Complaint in the above-described action, attached hereto as Exhibit B, adding defendants

26  AL DAVIS and A. MORRIS.

27      3.      The first date upon which defendants AL DAVIS and A. MORRIS received said First

28  Amended Complaint was October 15, 2007, said First Amended Complaint having been served on them

J:\1042\sf0016\Removal\P-REM-not.wpd

1  by mail on October 12, 2007. A copy of the letter accompanying service of the First Amended

2  Complaint is attached hereto as Exhibit C.

3      4.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

4  §§ 1331 and 1343, and is one which may be removed to this Court by defendants pursuant to the

5  provisions of 28 U.S.C. § 1441(b) in that its eighth cause of action arises under 42 U.S.C. § 1983.

6      5.    This Court has supplemental jurisdiction over the First Amended Complaint's first,

7  second, third, fourth, fifth, sixth, seventh and ninth causes of action pursuant to 28 U.S.C. § 1367

8  because those causes of action are so related to the sixth cause of action that they form part of the same

9  case or controversy under Article III of the United States Constitution.

10      6.    All other defendants who have been served with summons and complaint have joined in

11  this Notice of Removal, as evidenced by the Joinders of defendants SILICON VALLEY ANIMAL

12  CONTROL AUTHORITY, CITY OF CAMPBELL, CITY OF SANTA CLARA and HUMANE

13  SOCIETY SILICON VALLEY, attached hereto as Exhibit D and to be filed with the court subsequently

14  by the respective defendants.

15      7.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon

16  defendants AL DAVIS and A. MORRIS is attached hereto as Exhibit E. For the Court's convenience,

17  Exhibit E also contains a copy of all process, pleadings and orders served upon defendant SILICON

18  VALLEY ANIMAL CONTROL AUTHORITY.

19

20  Dated:  November _2_, 2007.

21

22      LOW, BALL & LYNCH

23  By _____

24      MARK F. HAZELWOOD
       DIRK D. LARSEN

25      Attorneys for Defendant
       SILICON VALLEY ANIMAL CONTROL

26      AUTHORITY, AL DAVIS AND A. MORRIS

27

28