**EXHIBIT C**

**STUART M. WILSON**

ATTORNEY AT LAW

1671 THE ALAMEDA, SUITE 300
SAN JOSE, CALIFORNIA 95126
FAX 293-0714
(408) 293-8400

TO   Dirk D. Larsen
     Low, Ball & Lynch
     505 Montgomery Street, 7th Floor
     San Francisco, CA 94111-2584

DATE    October 12, 2007

SUBJECT    Jackson v. SVACA

Dear Mr. Larsen:

    Pursuant to your phone message of last Wednesday that you would accept service, enclosed please find copies of the First Amended Complaint and Summons for Al Davis and A. Morris.

    Thank you for your cooperation in this matter.

Sincerely,

*Stuart M. Wilson*

Stuart M. Wilson

Encs.