**EXHIBIT D**

1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY,
6  AL DAVIS AND A. MORRIS

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LEE JACKSON and KENNETH JACKSON,        )   Case No.:
                                           )
12              Plaintiffs,                )   JOINDER IN NOTICE OF
                                           )   REMOVAL OF ACTION
13       v.                                )
                                           )
14 SILICON VALLEY ANIMAL CONTROL           )
   AUTHORITY, CITY OF SANTA CLARA, CITY    )
15 OF CAMPBELL, HUMANE SOCIETY SILICON     )
   VALLEY DOES 1 TO 20,                    )
16                                         )
                Defendants.                )
17 _____)

18     Defendant SILICON VALLEY ANIMAL CONTROL AUTHORITY hereby joins in defendants

19 AL DAVIS and A. MORRIS's Notice of Removal to this Court of the state court action described in the

20 said Notice of Removal.

21

22     Dated: November 2, 2007.

23                                         LOW, BALL & LYNCH

24

25                                         By_____
                                              MARK F. HAZELWOOD
26                                            DIRK D. LARSEN
                                              Attorneys for Defendant
27                                            SILICON VALLEY ANIMAL CONTROL
                                              AUTHORITY, AL DAVIS AND A. MORRIS
28

-1-
JOINDER IN NOTICE OF REMOVAL OF ACTION

J:\1042\sf0016\Removal\P-REM-join.wpd

JOSEPH COSTELLA & ASSOCIATES
JOSEPH COSTELLA, ESQ.
California State Bar Number 114368
215 Lennon Lane, Suite 200, Walnut Creek, Ca 94598
Post Office Box 8090, Walnut Creek, Ca 94596
(925) 945-4491

Attorneys for Defendant,
HUMANE SOCIETY SILICON VALLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>SILICON VALLEY ANIMAL CONTROL AUTHORITY; CITY OF SANTA CLARA; CITY OF CAMPBELL HUMANE SOCIETY SILICON VALLEY and DOES 1 TO 20,<br><br>Defendant. | Case No:<br><br>JOINDER IN NOTICE OF REMOVAL OF ACTION |

Defendant HUMANE SOCIETY SILICON VALLEY hereby joins in defendants AL DAVIS and A. MORRIS's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

DATED: November 2, 2007       JOSEPH COSTELLA & ASSOCIATES

By: _____
Joseph Costella, Attorney for Defendant,
HUMANE SOCIETY SILICON VALLEY

-1-

JOINDER IN NOTICE OF REMOVAL OF ACTION

10-12-07

MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendant
City of Santa Clara

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, <br><br> Plaintiffs, <br><br> vs. <br><br> SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY, DOES 1 to 20, <br><br> Defendants. | Case No. <br><br> **JOINDER IN NOTICE OF REMOVAL OF ACTION** |

Defendant CITY OF SANTA CLARA hereby joins in defendants AL DAVIS and A. MORRIS' Notice of Removal to this Court of the state court action described in said Notice of Removal.

Dated: October 12, 2007

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By: _____
MICHAEL C. SERVERIAN
Attorneys for Defendant
CITY OF SANTA CLARA

---

**Joinder in Notice of Removal of Action**

William R. Seligmann SBN 108129
Law Offices of William R. Seligmann
333 Church Street, Suite A
Santa Cruz, California 95060
(831) 423-8383

Attorney for Defendant CITY OF CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY OF SILICON VALLEY, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.:<br><br>JOINDER IN NOTICE OF REMOVAL |

Defendant CITY OF CAMPBELL hereby joins in defendants AL DAVIS and A. MORRIS's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Dated: October 30, 2007

William R. Seligmann,
Attorney for Defendant CITY OF CAMPBELL

Joinder in Notice of Removal of Action - 1