10-9-07        Jackson

PLD-PI-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL C. SERVERIAN, #133203<br>RANKINM, LANDSNESS, LAHDE, SERVERIAN & STOCK<br>96 North Third St., Suite 500<br>San Jose, CA 95112 | | |
| ATTORNEY FOR (NAME): Defendant City of Santa Clara | | |

Insert name of court, judicial district or branch court, if any, and post office and street address:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
191 N. First St.
San Jose, CA 95113

PLAINTIFF:    LEE JACKSON and KENNETH JACKSON

DEFENDANT: SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, et al.

| ANSWER—Personal Injury, Property Damage, Wrongful Death<br>[X] COMPLAINT OF (name): First Amended Complaint of Plaintiffs<br>[ ] CROSS-COMPLAINT OF (name): | CASE NUMBER:<br>107CV 079050 |
|---|---|

1. This pleading, including attachments and exhibits, consists of the following number of pages: 4

    **DEFENDANT OR CROSS-DEFENDANT** (name): CITY OF SANTA CLARA

2. [X] Generally **denies** each allegation of the **unverified** complaint or cross-complaint.

3. a. [ ] DENIES each allegation of the following numbered paragraphs:

    b. [ ] ADMITS each allegation of the following numbered paragraphs:

    c. [ ] DENIES, ON INFORMATION AND BELIEF, each allegation of the following numbered paragraphs:

    d. [ ] DENIES, BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation of the following numbered paragraphs:

    e. [ ] ADMITS the following allegations and generally denies all other allegations:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-003 [Rev. January 1, 2007]

**ANSWER—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 2
Code of Civil Procedure, § 425.12

Legal Solutions Plus

<u>Jackson v. Silicon Valley Animal Control, et al.</u>          Case No. 1-07-CV-079050

**AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST AFFIRMATIVE DEFENSE, the First Amended Complaint fails to state a claim upon which relief can be granted.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, plaintiffs were careless and negligent in and/or about the matters referred to in said First Amended Complaint, and further that the plaintiffs failed to exercise ordinary or any care for plaintiffs' own safety and such carelessness and negligence on the part of plaintiffs proximately caused and contributed to the damage, detriment or injury sustained by plaintiffs, if any, and that plaintiffs' recovery should therefore either be barred or reduced to the extent of plaintiffs' negligence.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE, any harm suffered was a result of a negligent or otherwise wrongful conduct of persons other than defendant and that the conduct of the person other than defendant was the sole and proximate cause of the injuries and damages alleged by plaintiffs.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, all actions taken by defendant, including actions of DOE defendants, were undertaken in good faith and with a reasonable belief that the actions were valid, necessary, constitutionally proper and objectively reasonable for a police officer in the same circumstances, entitling defendant to qualified immunity from plaintiffs' claimed injuries and damages.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, plaintiffs have failed to mitigate their damages, if any.

AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, the reports of which plaintiffs complain were made honestly, in good faith and not maliciously in that defendant reported what their observations were and what occurred.

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, defendant alleges that plaintiffs' First Amended Complaint is barred by the Doctrine of Unclean Hands.

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, defendant is entitled to

immunity under the Eleventh Amendment.

AS AND FOR A NINTH AFFIRMATIVE DEFENSE, defendant contends that it is immune from liability pursuant to the Federal Civil Rights Act because it was acting in good faith and entertained a reasonable belief that its actions were necessary.

AS AND FOR A TENTH AFFIRMATIVE DEFENSE, defendant contends that it is immune pursuant to the principals of qualified immunity.

AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE, defendant alleges that it has not deprived any person, including plaintiff, of any right, privilege, or immunity guaranteed by the Constitution or laws of the United States or the State of California, and, therefore, defendant is not liable.

AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE, defendant alleges that the acts or omissions set forth in the First Amended Complaint, even if proven true, constitute mere negligence and were not intentional, willful or grossly negligent, and as a consequence, fails to state a claim for relief.

AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE, defendant's employees were objectively reasonable in light of the facts and circumstances confronting them, and their conduct did not violate clearly established statutory or Constitutional rights of which a reasonable person would have known.

AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, plaintiffs' special damages, if any, should be reduced to the actual amount paid to plaintiffs' health care providers for services reasonably related to plaintiffs' injuries, or are anticipated to be paid in the future.

AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE, plaintiffs' claims for punitive damages are barred under state and federal law.

Case Name: <u>Jackson v. Silicon Valley Animal Control, et al.</u>   Case No: 1-07-CV-079050

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose, California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES**

[ X ]   (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

[ ]   (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

[ ]   (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

[ ]   (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Stuart M. Wilson, Esq.<br>1671 The Alameda, Suite 300<br>San Jose, CA 95126 | Attorney for Plaintiff<br>Tel: (408) 293-8400<br>Fax: (408) 293-0714 |
| William R. Seligmann, Esq.<br>William R. Seligmann Law Offices<br>333 Church Street, Suite A<br>Santa Cruz, CA 95060 | Attorney for City of Campbell<br>Tel: (831) 423-8383<br>Fax: (831) 438-0104 |
| Joseph C. Costella, Esq.<br>Joseph Costella & Associates<br>P.O. Box 8090<br>Walnut Creek, CA 94596 | Attorney for Humane Society Silicon Valley<br>Tel: (925) 945-4491<br>Fax: (925) 945-4454 |
| Mark Hazelwood, Esq.<br>Dirk D. Larsen, Esq.<br>Low, Ball & Lynch<br>505 Montgomery Street, 7th Fl.<br>San Francisco, CA 94111-2584 | Attorneys for Silicon Valley Animal Control<br>Tel: (415) 981-6630<br>Fax: (415) 982-1634 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1  Executed on October 9, 2007, at San Jose, California.

*L. Hill*
Lori Hill

JOSEPH COSTELLA & ASSOCIATES
JOSEPH COSTELLA, ESQ.
STATE BAR NUMBER 114368
215 Lennon Lane, Suite 200, Walnut Creek, Ca 94598
Post Office Box 8090, Walnut Creek, Ca 94596
(925) 945-4491

Attorneys for Defendant,
HUMANE SOCIETY SILICON VALLEY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

UNLIMITED JURISDICTION

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> SILICON VALLEY ANIMAL CONTROL AUTHORITY; CITY OF SANTA CLARA; CITY OF CAMPBELL HUMANE SOCIETY SILICON VALLEY and DOES 1 TO 20, <br><br> Defendant. | Case No: 1-07-CV-079050 <br><br> REQUEST FOR COPIES OF ALL PRIOR PLEADINGS AND DISCOVERY |

Defendant HUMANE SOCIETY SILICON VALLEY hereby demands copies of all pleadings and discovery in the instant matter.

Dated:   September 14, 2007    JOSEPH COSTELLA & ASSOCIATES

_____
Joseph Costella, Attorney for Defendant,
HUMANE SOCIETY SILICON VALLEY

## PROOF OF SERVICE BY MAIL

The undersigned declares:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Joseph Costella & Associates and my business address is 215 Lennon Lane, Suite 200, Walnut Creek, California, 94599.

On September 20, 2007, I served the attached **REQUEST FOR COPIES OF ALL PRIOR PLEADINGS AND DISCOVERY** on the parties to said action by depositing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail in Walnut Creek, California, addressed as follows:

Stuart M. Wilson
Attorney at Law
1671 The Alameda, Suite 300
San Jose, CA 95126
*Attorney for Plaintiffs: Lee Jackson; Kenneth Jackson*

Michael C. Serverian, Esq.
Rankin, Landsness, Lahde, et al.
96 North Third Street, Suite 500
San Jose, Ca 95112
*Attorney for Defendant: City Of Santa Clara*

William R. Seligmann, Esq.
William R. Seligmann Law Offices
333 Church Street, Suite A
Santa Cruz, Ca 95060
*Attorney for Defendant: City Of Campbell*

Mark Foster Hazelwood, Esq.
Dirk Larsen, Esq.
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
*Attorney for Defendant: Silicon Valley Animal Control Authority*

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2007, at Walnut Creek, California.

_____
TINA BILES