**EXHIBIT 1**

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Stuart M. Wilson
SBN 94633
1671 The Alameda, Suite 300
San Jose, California 95126
TELEPHONE NO: (408) 293-8400   FAX NO. (Optional): (408) 293-0714
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiffs

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: San Jose, California 95113
CITY AND ZIP CODE:
BRANCH NAME: Downtown - Unlimited Jurisdiction

PLAINTIFF: Lee Jackson and Kenneth Jackson

DEFENDANT: Silicon Valley Animal Control Authority, City of Santa Clara, City of Campbell, Humane Society Silicon Valley

☑ DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE   ☐ OTHER (specify):
☑ Property Damage   ☐ Wrongful Death
☑ Personal Injury   ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded   ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

1. Plaintiff (name or names): Lee Jackson and Kenneth Jackson
alleges causes of action against defendant (name or names): Silicon Valley Animal Control Authority, City of Santa Clara, City of Campbell, Humane Society Silicon Valley
2. This pleading, including attachments and exhibits, consists of the following number of pages: 13
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name): Silicon Valley Animal Control Authority
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe): Unknown type
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name): City of Santa Clara
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe): California City
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Jackson v. Silcon Valley Animal Control Authority | CASE NUMBER: | PLD-PI-001 |
|---|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Silcon Valley Animal
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe): Form Unknown
      (5) ☐ other (specify):

   c. ☑ except defendant (name): City of Campbell
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe): City
      (5) ☐ other (specify):

   b. ☑ except defendant (name): City of Santa Clara
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe): City
      (5) ☐ other (specify):

   d. ☑ except defendant (name): Humane Society Silico
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 11 to 20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Jackson v. Silcon Valley Animal Control Authority | CASE NUMBER: | PLD-PI-001 |
|---|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify):*
      Exemplary Damages

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify):*
      Other damage not known at this time

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 1-29-07

Stuart M. Wilson
(TYPE OR PRINT NAME)

▶ *Stuart M. Wilson*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property Damage, Wrongful Death    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER: |
|---|---|

__First__ CAUSE OF ACTION—General Negligence    Page __4__
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Lee Jackson and Kenneth Jackson

alleges that defendant *(name):* Silicon Valley Animal Control Authority and City of Santa Clara

[✓] Does __1__ to __20__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* December 19, 2005
at *(place):* Santa Clara, California

*(description of reasons for liability):*

Defendants unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev January 1, 2007]
CAUSE OF ACTION—General Negligence
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

| | | PLD-PI-001(2) |
|---|---|---|
| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | | CASE NUMBER: |

Second _____ CAUSE OF ACTION—General Negligence    Page 5

(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Lee Jackson and Kenneth Jackson

alleges that defendant *(name):* City of Campbell

[✓] Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* December 22, 2005
at *(place):* Santa Clara, California

*(description of reasons for liability):*

Defendant unlawfully conducted a post-seizure hearing in which Defendant found that the seizure of Plaintiff's property on 12-19-05 was lawful. Said finding was a denial of the due process rights of Plaintiffs and was an abuse of discretion violating Plaintiffs rights to a fair due process hearing.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER: | PLD-PI-001(2) |
|---|---|---|

**Third** CAUSE OF ACTION—General Negligence    Page __6__
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Lee Jackson and Kenneth Jackson

alleges that defendant *(name)*: Silicon Valley Animal Control Authority, City of Santa Clara

☑ Does __1__ to __20__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: On or about 12-19-05
at *(place)*: Santa Clara, California

*(description of reasons for liability)*:

Defendants negligently hired, trained and supervised employees including A. Morris, Al Davis, and others not known known by name who participated in the events surrounding the unlawful seizure of Plaintiffs' pet animals on 12-19-05.

Form Approved for Optional Use Judicial Council of California PLD-PI-001(2) [Rev January 1, 2007]    CAUSE OF ACTION—General Negligence    Page 1 of 1    Code of Civil Procedure 425.12 www.courtinfo.ca.gov

American LegalNet, Inc. www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER: |
|---|---|

**Fourth** (number) **CAUSE OF ACTION—General Negligence**  Page __7__

ATTACHMENT TO ☐ Complaint ☑ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Lee Jackson and Kenneth Jackson

alleges that defendant *(name):* Silicon Valley Animal Control Authority and City of Santa Clara

☑ Does __1__ to __20__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* On or about 12-19-05
at *(place):* Santa Clara, California

*(description of reasons for liability):*

Defendants unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals thereby negligently inflicting severe emotional and mental suffering and distress upon the Plaintiffs.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER |
|---|---|

Fifth (number) **CAUSE OF ACTION—Intentional Tort** Page 8

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Lee Jackson and Kenneth Jackson

alleges that defendant *(name)*: Silicon Valley Animal Control Authority and City of Santa Clara

☑ Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* December 19, 2005
at *(place)* Santa Clara, California

*(description of reasons for liability)*:

Defendant unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals. Said acts constitute assault and battery.

PLD-PI-001(3)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER |
|---|---|

__Sixth__ CAUSE OF ACTION—Intentional Tort  Page __9__
(number)

ATTACHMENT TO ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Lee Jackson and Kenneth Jackson

alleges that defendant *(name):* Silicon Valley Animal Control Authority and City of Santa Clara

☑ Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* December 19, 2005
at *(place)* Santa Clara, California

*(description of reasons for liability):*

Defendant unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals. By said acts Defendants intentional inflicted severe emotional and mental suffering and distress upon Plaintiffs.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]
CAUSE OF ACTION—Intentional Tort
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER |
|---|---|

__Seventh__  **CAUSE OF ACTION—Intentional Tort**   Page __10__
 (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Lee Jackson and Kenneth Jackson

alleges that defendant *(name)*: Silicon Valley Animal Control Authority and City of Santa Clara

[✓] Does __1__ to __20__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* December 19, 2005
at *(place)* Santa Clara, California

*(description of reasons for liability)*:

Defendants unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals. Plaintiffs were the lawful owners of said pet animals and were entitled to possession of the animals. By said acts Defendants unlawfully converted the pet animals to their use.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER |
|---|---|

__Eighth__       **CAUSE OF ACTION—Intentional Tort**      Page __11__
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Lee Jackson and Kenneth Jackson

alleges that defendant *(name)*: Silicon Valley Animal Control Authority and City of Santa Clara

☑ Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* December 19, 2005
at *(place)* Santa Clara, California

*(description of reasons for liability)*:

Defendants unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals. Such acts violated Plaintiffs' rights to be free of unreasonable searches and seizures under the Fourth and Fourteenth Amendments to the U.S. Constitution and is actionable under 42 U.S.C. section 1983.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER |
|---|---|

**Ninth** _(number)_     **CAUSE OF ACTION—Intentional Tort**     Page __12__

ATTACHMENT TO ☑ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Lee Jackson and Kenneth Jackson

alleges that defendant *(name)*: Humane Society Silicon Valley

☑ Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* December 19, 2005
at *(place)* Santa Clara, California

*(description of reasons for liability)*:

Defendant took possession of the Plaintiffs' pet animals that had been seized by the Silicon Valley Animal Control Authority and converted them to their own use.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(6)

| SHORT TITLE: Jackson v. Silicon Valley Animal Control Authority | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment

Page 13

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant (name):

Silicon Valley Animal Control Authority and City of Santa Clara

Plaintiff alleges defendant was guilty of
- [✓] malice
- [✓] fraud
- [✓] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Defendants unlawfully entered Plaintiffs' motorhome, unlawfully seized Plaintiffs pet animals, unlawfully detained Plaintiffs and assaulted and battered Plaintiff Lee Jackson, causing Plaintiffs severed mental, emotional and physical harm and depriving them of their property, pet animals.

EX-3. The amount of exemplary damages sought is
- a. [✓] not shown, pursuant to Code of Civil Procedure section 425.10.
- b. [ ] $
Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev January 1, 2007]
Exemplary Damages Attachment
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com