1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY

FILED

2007 NOV -7 P 3:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

United States District Court
~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~
Northern District of California
~~IN AND FOR THE COUNTY OF SANTA CLARA~~

C07 05667 RS

LEE JACKSON and KENNETH JACKSON,

Plaintiffs,

v.

SILICON VALLEY ANIMAL CONTROL
AUTHORITY, CITY OF SANTA CLARA, CITY
OF CAMPBELL, HUMANE SOCIETY SILICON
VALLEY DOES 1 TO 20,

Defendants.

Case No.: 107CV079050

NOTICE TO ADVERSE PARTIES
OF REMOVAL TO FEDERAL
COURT

BY FAX

TO PLAINTIFFS LEE JACKSON, KENNETH JACKSON AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on November 7, 2007.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

Dated: November 6, 2007.

LOW, BALL & LYNCH

By_____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL
AUTHORITY, AL DAVIS AND A. MORRIS

-1-
NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT

J:\1042\sf0016\Removal\P-REM-not(pl).wpd    10740866.tif - 11/7/2007 12:31:25 PM