```
 1  MARK F. HAZELWOOD, # 136521
    DIRK D. LARSEN, #246028
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California 94111-2584
    Telephone: (415) 981-6630
 4  Facsimile: (415) 982-1634

 5  Attorneys for Defendant
    SILICON VALLEY ANIMAL CONTROL AUTHORITY
```

FILED

2007 NOV -7 P 3:17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~
United States District Court

~~IN AND FOR THE COUNTY OF SANTA CLARA~~
Northern District of California

C07 05667 RS

| | | |
|---|---|---|
| LEE JACKSON and KENNETH JACKSON, | ) | Case No.: 107CV079050 |
| Plaintiffs, | ) ) | NOTICE OF FILING REMOVAL OF ACTION |
| v. | ) ) | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20, | ) ) ) ) ) | BY FAX |
| Defendants. | ) ) | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants AL DAVIS and A. MORRIS hereby remove this action to the United States District Court for the Northern District of California.

Dated: November 6, 2007.

LOW, BALL & LYNCH

By /s/ 
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL
AUTHORITY, AL DAVIS AND A. MORRIS

-1-
NOTICE OF FILING REMOVAL OF ACTION