MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634

Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL AUTHORITY

FILED
2007 NOV -7 P 3: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~
United States District Court
~~IN AND FOR THE COUNTY OF SANTA CLARA~~
Northern District of California

C07 05667 RS

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No.: 107CV079050 |
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20, | BY FAX |
| Defendants. | |

-1-
PROOF OF SERVICE

J:\1042\sf0016\Scaption.wpd

10740866.tif - 11/7/2007 12:31:25 PM

*Jackson v. Silicon Valley Animal Control Authority, et al.*
Santa Clara County Superior Court Case No.: 107CV079050

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:** NOTICE OF FILING REMOVAL OF ACTION;
NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT;
CIVIL COVER SHEET; and
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)

**ADDRESSES:** SEE ATTACHED SERVICE LIST

[ ] **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[x] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on November 7, 2007.

(Kathi de Leon)

## SERVICE LIST

Stuart M. Wilson, Esq.
1671 The Alameda, Suite 300
San Jose, CA 95126
Telephone: 408/293-8400
Facsimile: 408/293-0714
**Attys. for Plaintiffs**

Michael C. Serverian, Esq.
Rankin Law Firm
96 North Third Street, Suite 500
San Jose, CA 95112-5572
Telephone: 408/293-0463
Facsimile: 408/293-9514
**Attys. for City of Santa Clara**

Joseph Costella, Esq.
Joseph Costella & Associates
P.O. Box 8090
Walnut Creek, CA 94596
Telephone: 925/945-4491
Facsimile: 925/945-4454
**Attys. for Humane Society Silicon Valley**

William R. Seligmann, Esq.
William R. Seligmann Law Offices
33 Church Street, Suite A
Santa Cruz, CA 95060
Telephone: 831/423-8383
Facsimile: 831/438-0104
**Attys. for City of Campbell**

-2-
PROOF OF SERVICE

J:\1042\sl0016\$pos.wpd

10740866.tif - 11/7/2007 12:31:25 PM