1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634

5  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY,
6  AL DAVIS AND A. MORRIS

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 LEE JACKSON and KENNETH JACKSON,          )  Case No.: 07-CV-05667-RS
                                             )
12                Plaintiffs,                )  JOINDER IN NOTICE OF
                                             )  REMOVAL OF ACTION
13     v.                                    )
                                             )
14 SILICON VALLEY ANIMAL CONTROL             )
   AUTHORITY, CITY OF SANTA CLARA, CITY      )
15 OF CAMPBELL, HUMANE SOCIETY SILICON       )
   VALLEY DOES 1 TO 20,                      )
16                                           )
                                             )
17                Defendants.                )
   _____)

18     Defendant SILICON VALLEY ANIMAL CONTROL AUTHORITY hereby joins in defendants

19 AL DAVIS and A. MORRIS's Notice of Removal to this Court of the state court action described in the

20 said Notice of Removal.

21

22     Dated: November 12, 2007.

23                                           LOW, BALL & LYNCH

24
                                             
25                                           By_____
                                                MARK F. HAZELWOOD
26                                              DIRK D. LARSEN
                                                Attorneys for Defendant
27                                              SILICON VALLEY ANIMAL CONTROL
                                                AUTHORITY, AL DAVIS AND A. MORRIS
28

-1-
JOINDER IN NOTICE OF REMOVAL OF ACTION

J:\1042\sf0016\Removal\P-REM-join.wpd                                    Case No. 07-CV-05667-RS