```
1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634
   Email: mhazelwood@lowball.com
5         dlarsen@lowball.com

6  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY,
7  AL DAVIS AND A. MORRIS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON,<br><br>    Plaintiffs,<br><br>v.<br><br>SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20,<br><br>    Defendants. | Case No. C07 05667 RS<br><br>NOTICE OF ERRATA RE NOTICE OF REMOVAL TO THIS COURT |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants AL DAVIS and A. MORRIS hereby give notice of the following error regarding their removal of the above-captioned action to the above-captioned court:

The parties effecting said removal are defendants AL DAVIS and A. MORRIS, as stated on the Notice of Removal and associated papers filed with the Court on November 7, 2007. However, said papers were erroneously filed with the Court under the name of co-defendant SILICON VALLEY ANIMAL CONTROL AUTHORITY, which has joined in the Notice of Removal but did not effect the removal. The sole removing parties are defendants AL DAVIS and A. MORRIS.

1  Dated: November 12, 2007.

                                        LOW, BALL & LYNCH

                            By _____
                                 MARK F. HAZELWOOD
                                 DIRK D. LARSEN
                                 Attorneys for Defendant
                                 SILICON VALLEY ANIMAL CONTROL
                                 AUTHORITY

<u>Jackson v. Silicon Valley Animal Control Authority, et al.</u>
United States District Court - Northern District Case No.: C 07-05667 RS

## CERTIFICATE OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following document(s) enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):**   NOTICE OF ERRATA RE NOTICE OF REMOVAL TO THIS COURT

**ADDRESSES:**   SEE ATTACHED SERVICE LIST

[X]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on November 12, 2007.

Kathi de Leon

## SERVICE LIST

Stuart M. Wilson, Esq.
1671 The Alameda, Suite 300
San Jose, CA 95126
Telephone: 408/293-8400
Facsimile: 408/293-0714
**Attys. for Plaintiffs**

Michael C. Serverian, Esq.
Rankin Law Firm
96 North Third Street, Suite 500
San Jose, CA 95112-5572
Telephone: 408/293-0463
Facsimile: 408/293-9514
**Attys. for City of Santa Clara**

Joseph Costella, Esq.
Joseph Costella & Associates
P.O. Box 8090
Walnut Creek, CA 94596
215 Lennon Lane, Suite 200
Walnut Creek, CA 94598
Telephone: 925/945-4491
Facsimile: 925/945-4454
**Attys. for Humane Society Silicon Valley**

William R. Seligmann, Esq.
William R. Seligmann Law Offices
33 Church Street, Suite A
Santa Cruz, CA 95060
Telephone: 831/423-8383
Facsimile: 831/438-0104
**Attys. for City of Campbell**