1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634
   Email: mhazelwood@lowball.com
5         dlarsen@lowball.com

6  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY,
7  AL DAVIS AND ANTJE MORRIS

8

9

10                    UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

12

13  LEE JACKSON and KENNETH JACKSON,    )   Case No. C07 05667 RS
                                         )
14                Plaintiffs,            )   NOTICE OF ASSIGNMENT TO A
                                         )   MAGISTRATE JUDGE AND
15       v.                              )   CONSENT/OBJECTION FORM
                                         )
16  SILICON VALLEY ANIMAL CONTROL        )
    AUTHORITY, CITY OF SANTA CLARA, CITY )
17  OF CAMPBELL, HUMANE SOCIETY SILICON  )
    VALLEY DOES 1 TO 20,                 )
18                                       )
                 Defendants.             )
19  _____)

20       In accordance with Fed. R. Civ. P. 73 and the Order Setting Initial Case Management Conference

21  and ADR Deadlines in the above-entitled action, you are hereby notified that the above-entitled action

22  has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including

23  trial and entry of final judgment.

24       Exercise of this jurisdiction by a United States Magistrate Judge is, however, permitted only if all

25  parties file a written consent form, a copy of which is part of this notice. You may also, without adverse

26  consequences, request immediate reassignment to a District Judge on the form provided below. No

27  Judge will be informed of a party's response to this notification, unless all parties have consented to the

28  assignment of the matter to a United States Magistrate Judge. Pursuant to Civil L.R. 73-1(a)(1), all

parties are to file this form with the court no later than the deadline for filing the initial case management statement.

An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.

Dated: November 16, 2007.

LOW, BALL & LYNCH

By _____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL
AUTHORITY, AL DAVIS AND ANTJE MORRIS

**CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.

_____     _____     _____
PARTY REPRESENTED                 SIGNATURE                        DATE

**REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE**

In accordance with provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the undersigned party to this case requests that the reference of the case to the Magistrate Judge be vacated and the case reassigned to a District Judge.

_____     _____     _____
PARTY REPRESENTED                 SIGNATURE                        DATE

Jackson v. Silicon Valley Animal Control Authority, et al.
United States District Court - Northern District Case No.: C 07-05667 RS

## CERTIFICATE OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following document(s) enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):** NOTICE OF ASSIGNMENT TO A MAGISTRATE JUDGE AND CONSENT/OBJECTION FORM; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and other U.S.D.C. guidelines

**ADDRESSES:** SEE ATTACHED SERVICE LIST

[X] **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ] **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ] **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on November 16, 2007.

Kathi de Leon

## SERVICE LIST

Stuart M. Wilson, Esq.
1671 The Alameda, Suite 300
San Jose, CA 95126
Telephone: 408/293-8400
Facsimile: 408/293-0714
**Attys. for Plaintiffs**

Michael C. Serverian, Esq.
Rankin Law Firm
96 North Third Street, Suite 500
San Jose, CA 95112-5572
Telephone: 408/293-0463
Facsimile: 408/293-9514
**Attys. for City of Santa Clara**

Joseph Costella, Esq.
Joseph Costella & Associates
P.O. Box 8090
Walnut Creek, CA 94596
215 Lennon Lane, Suite 200
Walnut Creek, CA 94598
Telephone: 925/945-4491
Facsimile: 925/945-4454
**Attys. for Humane Society Silicon Valley**

William R. Seligmann, Esq.
William R. Seligmann Law Offices
33 Church Street, Suite A
Santa Cruz, CA 95060
Telephone: 831/423-8383
Facsimile: 831/438-0104
**Attys. for City of Campbell**

-2-
CERTIFICATE OF SERVICE

J:\1042\sf0016\SPos-KDE.wpd

C07-05667