MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
        dlarsen@lowball.com

Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL AUTHORITY,
AL DAVIS AND ANTJE MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No. C07 05667 RS |
| Plaintiffs, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

Pursuant to the provisions of 28 U.S.C. § 636(c), defendants SILICON VALLEY ANIMAL CONTROL AUTHORITY, AL DAVIS and ANTJE MORRIS hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the above-captioned matter, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

/ / /

/ / /

1  Dated: November 16, 2007.

                                      LOW, BALL & LYNCH

                                    By _____
                                          MARK F. HAZELWOOD
                                          DIRK D. LARSEN
                                          Attorneys for Defendant
                                          SILICON VALLEY ANIMAL CONTROL
                                          AUTHORITY, AL DAVIS AND ANTJE MORRIS

Jackson v. Silicon Valley Animal Control Authority, et al.
United States District Court - Northern District Case No.: C 07-05667 RS

## CERTIFICATE OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following document(s) enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):**   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

**ADDRESSES:**   SEE ATTACHED SERVICE LIST

[X]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on November 16, 2007.

Kathi de Leon

-1-
CERTIFICATE OF SERVICE

J:\1042\sf0016\$Pos-KDE.wpd    C07-05667

## SERVICE LIST

Stuart M. Wilson, Esq.
1671 The Alameda, Suite 300
San Jose, CA 95126
Telephone: 408/293-8400
Facsimile: 408/293-0714
**Attys. for Plaintiffs**

Joseph Costella, Esq.
Joseph Costella & Associates
P.O. Box 8090
Walnut Creek, CA 94596
215 Lennon Lane, Suite 200
Walnut Creek, CA 94598
Telephone: 925/945-4491
Facsimile: 925/945-4454
**Attys. for Humane Society Silicon Valley**

William R. Seligmann, Esq.
William R. Seligmann Law Offices
33 Church Street, Suite A
Santa Cruz, CA 95060
Telephone: 831/423-8383
Facsimile: 831/438-0104
**Attys. for City of Campbell**

-2-
CERTIFICATE OF SERVICE

J:\1042\sf0016\$Pos-KDE.wpd

C07-05667