**William R. Seligmann SBN 108129**
Law Offices of William R. Seligmann
333 Church Street, Suite A
Santa Cruz, California 95060
Telephone: (831) 423-8383
Fax: (831) 438-0104
E-mail: bill@southbaylaw.com

Attorney for Defendant CITY OF CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE JACKSON and KENNETH JACKSON**, <br><br> Plaintiffs, <br><br> vs. <br><br> **SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY OF SILICON VALLEY, and DOES 1 through 20, inclusive,** <br><br> Defendants. | Case No.: C07 05667 RS <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the undersigned party to this case consents to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, and order the entry of a final judgment.

Dated: December 6, 2007

                                                     /s/William R. Seligmann
                                                     William R. Seligmann,
                                                     Attorney for Defendant CITY OF CAMPBELL