```
1   Harry C. Gilbert, Esq. SBN 129944)
    JOSEPH COSTELLA & ASSOCIATES
2   215 Lennon Lane, Suite 200,
3    Walnut Creek, Ca 94598
    Telephone  (925) 945-4491
4   Facsimile:  (925) 746-3916
5
    Attorneys for Defendant,
6   HUMANE SOCIETY SILICON VALLEY
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No: C07 05667 RS |
| Plaintiff, | CHANGE IN HANDLING ATTORNEY NOTICE |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY; CITY OF SANTA CLARA; CITY OF CAMPBELL HUMANE SOCIETY SILICON VALLEY and DOES 1 TO 20, | |
| Defendant. / | |

TO THE COURT, PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Harry C. Gilbert, of the law firm of Joseph Costella & Associates, attorneys of record for defendant HUMANE SOCIETY SILICON VALLEY, is now the handling attorney on this case.  Please change your service lists, facsimile lists and mailing labels to reflect the change.   Mr. Gilbert's e-mail is hgilbert@spt.com ; the firm's mailing address and telephone number are not changed.

DATED:      January 16, 2008            JOSEPH COSTELLA & ASSOCIATES

                                  By:  /s/ Harry C. Gilbert
                                       Harry C. Gilbert
                                       Attorneys for Defendant
                                       HUMANE SOCIETY SILICON VALLEY

-1-

CHANGE IN HANDLING ATTORNEY

**PROOF OF SERVICE BY MAIL**

The undersigned declares:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Joseph Costella & Associates and my business address is 215 Lennon Lane, Suite 200, Walnut Creek, California, 94598.

On **January 16, 2008**, I served the attached **CHANGE IN HANDLING ATTORNEY** on the parties in this action as follows:

**(by ELECTRONIC FILING)** as required by the Court's Order re: Electronic Service of Pleadings in this matter, and as performed by ECF/PACER on all parties in this action.

*See Service List provided by ECF/PACER*

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2008, at Walnut Creek, California.

Providence Augusta

-2-

CHANGE IN HANDLING ATTORNEY