1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, #246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634
   Email: mhazelwood@lowball.com
5         dlarsen@lowball.com

6  Attorneys for Defendant
   SILICON VALLEY ANIMAL CONTROL AUTHORITY,
7  AL DAVIS AND ANTJE MORRIS

8

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

12

13 | LEE JACKSON and KENNETH JACKSON,    )   Case No. C07 05667 RS
                                         )
14 |            Plaintiffs,               )   PROOF OF SERVICE
                                         )
15 | v.                                   )
                                         )
16 | SILICON VALLEY ANIMAL CONTROL       )
   | AUTHORITY, CITY OF SANTA CLARA, CITY )
17 | OF CAMPBELL, HUMANE SOCIETY SILICON  )
   | VALLEY DOES 1 TO 20,                 )
18 |                                      )
   |            Defendants.               )
19 |_____)

<u>Jackson v. Silicon Valley Animal Control Authority, et al.</u>
United States District Court - Northern District Case No.: C 07-05667 RS

## CERTIFICATE OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT**:     ADR CERTIFICATION BY PARTIES AND COUNSEL

**ADDRESSES**:    SEE ATTACHED SERVICE LIST

[X]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on February 4, 2008.

*Stephanie Gravem*
Stephanie Gravem

## SERVICE LIST

Stuart M. Wilson, Esq.
1671 The Alameda, Suite 300
San Jose, CA 95126
Telephone: 408/293-8400
Facsimile: 408/293-0714
**Attys. for Plaintiffs**

-2-
CERTIFICATE OF SERVICE

J:\1042\sf0016\$pos.wpd

C07-05667