1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   CITY OF SANTA CLARA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No. C-07-05667 RS |
| Plaintiffs, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| vs. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY OF SILICON VALLEY and DOES 1-20, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute

1 | resolution options.

2 | Dated: February 5, 2008

_____
Rodger Hayton
Authorized Representative of
CITY OF SANTA CLARA

Dated: February 5, 2008

/s/ Michael C. Serverian
_____
MICHAEL C. SERVERIAN
Attorney for Defendant
JEFFERSON COUNTY

---

2
Adr Certification by Parties and Counsel