UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEE JACKSON and KENNETH
JACKSON                                          Case No. C 07-05667 RS

                    Plaintiff(s),
                                                 ADR CERTIFICATION BY PARTIES
                                                 AND COUNSEL

           v.

SILICON VALLEY ANIMAL
CONTROL AUTHORITY, CITY OF SANTA
CLARA, CITY OF CAMPBELL, HUMANE
SOCIETY OF SILICON VALLEY, DOES 1
to  20, inclusive.
                           Defendant(s).
                                            /
_____

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or
she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of
California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies
are available from the clerk's ofJice for parties in cases not subject to the court's Electronic
Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities;
and

(3) Considered whether this case might benefit from any of the available dispute resolution
options.

                                                 CITY OF CAMPBELL

Dated: 2/6/08                                    by
                                                 William R. Seligmann, City
                                                 Attorney of Campbell

Dated: 2/6/08                                    /s/ William R. Seligmann
                                                 Attorney for Defendant
                                                 CITY OF CAMPBELL

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR
Certification (ADR L.R. 3-5b) of Discussion of ADR Options."