UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEE JACKSON and KENNETH
JACKSON

     Plaintiff(s),

v.

SILICON VALLEY ANIMAL
CONTROL AUTHORITY, CITY OF SANTA
CLARA, CITY OF CAMPBELL, HUMANE
SOCIETY OF SILICON VALLEY, DOES 1
to 20, inclusive.
     Defendant(s).
_____/

Case No. C 07-05667 RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

  **Court Processes:**
     Non-binding Arbitration (ADR L.R. 4)
  **X**  Early Neutral Evaluation (ENE) (ADR L.R. 5)
     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
     Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:
  **X**  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

     other requested deadline

Dated: 2/6/08                               */s/* William R. Seligmann
                                                                                    Attorney for Defendant
                                                                                    CITY OF CAMPBELL

> When filing this document in ECF, please be sure to use the ADR Docket Event e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:
               Non-binding Arbitration
      **X**      Early Neutral Evaluation (ENE)
               Mediation
               Private ADR

        Deadline for ADR session
      **X**      90 days from the date of this order.
               other _____

IT IS SO ORDERED.

Dated:_____                                  _____
                                                                               UNITED STATES MAGISTRATE JUDGE