UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEE JACKSON, KENNETH JACKSON,

                     Plaintiff(s),

                  v.

SILICON VALLEY ANIMAL CONTROL
AUTHORITY, et al.

                    Defendant(s).
_____/

CASE NO. C07-05667 RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* n/a

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated:_____

Dated: 02/08/08

_____
Attorney for Plaintiff

Harry C. Gilbert
Attorney for Defendant
HUMANE SOCIETY SILICON VALLEY

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓    Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
✓    90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____

                                                        UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

The undersigned declares:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Joseph Costella & Associates and my business address is 215 Lennon Lane, Suite 200, Walnut Creek, California, 94598.

On **February 8, 2008**, I served the attached **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the parties in this action as follows:

**(by ELECTRONIC FILING)** as required by the Court's Order re: Electronic Service of Pleadings in this matter, and as performed by ECF/PACER on all parties in this action.

*See Service List provided by ECF/PACER*

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2008, at Walnut Creek, California.

*[signature]*
Providence Augusta