MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
       dlarsen@lowball.com

Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL AUTHORITY,
AL DAVIS AND ANTJE MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20,<br><br>　　　　　　　Defendants. | Case No. C07 05667 RS<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ON BEHALF OF DEFENDANTS AL DAVIS AND ANTJE MORRIS (CIVIL L.R. 3-16) |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

　　　Dated: February 18, 2008.

　　　　　　　　　　　　　　　　　　　　　LOW, BALL & LYNCH

　　　　　　　　　　　　　　　　　　　　　By_____[signature]_____
　　　　　　　　　　　　　　　　　　　　　MARK F. HAZELWOOD
　　　　　　　　　　　　　　　　　　　　　DIRK D. LARSEN
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　SILICON VALLEY ANIMAL CONTROL
　　　　　　　　　　　　　　　　　　　　　AUTHORITY, AL DAVIS AND ANTJE MORRIS