MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
      dlarsen@lowball.com

Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL AUTHORITY,
AL DAVIS AND ANTJE MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No. C07 05667 RS |
| Plaintiffs, | DECLARATION OF DIRK D. LARSEN RE: JOINT CASE MANAGEMENT STATEMENT FOR FEBRUARY 27, 2008 INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20, | |
| Defendants. | |

I, DIRK D. LARSEN, declare as follows:

1. I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. I am an attorney at law duly licensed to practice before all courts of the State of California and before the U.S. District Court for the Northern District of California, and am an associate employed by the law firm of Low, Ball & Lynch, attorneys of record herein for defendants SILICON VALLEY ANIMAL CONTROL AUTHORITY, AL DAVIS and ANTJE MORRIS.

3. On February 14, 2008, my office faxed a draft version of the Joint Case Management Statement for the February 27, 2008 Initial Case Management Conference in the above-captioned matter to the office of Stuart Wilson, Esq., counsel for plaintiffs LEE JACKSON and KENNETH JACKSON,

1  at (408) 293-0714, for Mr. Wilson's review and comments in anticipation of filing a single Case
2  Management Statement for all parties. As of the date below, I have not received a response from Mr.
3  Wilson regarding this draft statement.

4.  On February 15, 2008, I left a voice-mail message for Mr. Wilson in which I inquired as to his receipt of the draft Joint Case Management Statement and as to his review and comments. As of the date below, I have not received a response from Mr. Wilson to this voice-mail message.

5.  Because we have been unable to meet and confer with Mr. Wilson regarding the Joint Case Management Statement as described in the preceding paragraphs, defendants in this matter are filing said statement separately from any such statement plaintiffs may file.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18 day of February, 2008, in San Francisco, California.

DIRK D. LARSEN