UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEE JACKSON and KENNETH JACKSON

        Plaintiff(s),

v.

SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF

        Defendant(s).
_____/

Case No. CO7 O5667 RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                       _____
                                                                                                            [Party]

Dated: 2-22-08                                                       Stuart M. Wilson
                                                                                                           [Counsel]