```
Stuart M. Wilson
State Bar #94633
1671 The Alameda, Suite 300
San Jose, CA  95126
Telephone: (408) 293-8400
Facsimile: (408) 293-0714
E-mail: stuartwilson@earthlink.net

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                                    )
LEE JACKSON and KENNETH             )   CASE NO. C07 05667 RS
JACKSON,                            )
                                    )   JOINDER IN JOINT CASE
     Plaintiffs,                    )   MANAGEMENT STATEMENT AND
                                    )   PROPOSED ORDER
                                    )
vs.                                 )
                                    )
SILICON VALLEY ANIMAL CONTROL       )
AUTHORITY, CITY OF SANTA CLARA,     )
CITY OF CAMPBELL, HUMANE            )
SOCIETY OF SILICON VALLEY, AL       )
DAVIS, A. MORRIS and                )
DOES 1 TO 20,                       )
                                    )
     Defendants.                    )
_____)
```

Plaintiffs Lee Jackson and Kenneth Jackson hereby join in the Joint Management Statement and Proposed Order previously filed in this matter.

Dated: February 25, 2008            s/Stuart M. Wilson

                                    Stuart M. Wilson
                                    Attorney for Plaintiffs

1
_____
JOINDER IN JOINT CASE MANAGEMENT STATEMENT