# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lee Jackson and Kenneth Jackson

                Plaintiff(s),

               v.

SILICON VALLEY ANIMAL CONTROL
AUTHORITY, et al.,

                Defendant(s).

_____/

CASE NO. C07-05667 RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

        other requested deadline _____

Dated: 2-25-08_____

                  s/Stuart M. Wilson_____
                  Attorney for Plaintiff

Dated:_____

                  Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓      Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

Deadline for ADR session
✓      90 days from the date of this order.
        other


IT IS SO ORDERED.


Dated:_____                    _____

                                        UNITED STATES MAGISTRATE JUDGE