1  Stuart M. Wilson
   State Bar #94633
2  1671 The Alameda, Suite 300
   San Jose, CA  95126
3  Telephone: (408) 293-8400
   Facsimile: (408) 293-0714
4  E-mail: stuartwilson@earthlink.net

5  Attorney for Plaintiffs

6

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

10                                     )
11 LEE JACKSON and KENNETH             )   CASE NO. C07 05667 RS
   JACKSON,                            )
12                                     )   CERTIFICATION OF INTERESTED
        Plaintiffs,                    )   ENTITIES OR PERSONS ON
13                                     )   BEHALF OF PLAINTIFFS
                                       )   (CIVIL L.R. 3-16)
14 vs.                                 )
                                       )
15 SILICON VALLEY ANIMAL CONTROL       )
   AUTHORITY, CITY OF SANTA CLARA,     )
16 CITY OF CAMPBELL, HUMANE            )
   SOCIETY OF SILICON VALLEY, AL       )
17 DAVIS, A. MORRIS and                )
   DOES 1 TO 20,                       )
18                                     )
        Defendants.                    )
19 _____)

20      Pursuant to Civil Local Rule 3-16, the undersigned

21 certifies that as of this date, other than the named parties,

22 there is no such interest.

23

24 Dated: February 25, 2008            s/Stuart M. Wilson

25                                     Stuart M. Wilson
                                       Attorney for Plaintiffs
26

27

28

                                    1
_____

   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ON BEHALF OF PLAINTIFFS