UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 5 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   NOT REPORTED                    DATE:     2/27/08
COURTROOM DEPUTY:  MARTHA PARKER BROWN
                                                  CASE #:   C 07-05667RS

CASE TITLE:   LEE & KENNETH JACKSON   VS.   SILICON VALLEY ANIMAL CONTROL AUTHORITY, ET AL

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

 STUART M. WILSON                            WILLIAM R. SELIGMANN for CAMPBELL

                                             DIRK D. LARSON for ANIMAL CONTROL

                                             DAVID STOCK for CITY OF SANTA CLARA

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X}  CMC   { } MOTIONS LISTED BELOW:

<u>Pltf.</u>   <u>Deft.</u>   <u>Cross Mot.</u>
{ }    { }    { }   1.
{ }    { }    { }   2.
{ }    { }    { }   3.
{ }    { }    { }   4.

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to:              @              For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:

  CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:            Copies to: