UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lee Jackson, Kenneth Jackson

            Plaintiff(s),

Case No. C07-05667 RS

ADR CERTIFICATION BY PARTIES AND COUNSEL

v.

Silicon Valley Animal Control Authority
et. al.

            Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: Feb. 8, 2008

                                    Humane Society Silicon Valley
                                    [Party]

Dated: Feb 13, 2008

                                    Harry C. Gilbert
                                    [Counsel]