1
2
3
4
5
6                       UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8
LEE JACKSON AND KENNETH JACKSON
9                                                    No. C 07-05667 RS

10              Plaintiff(s),            **CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE**
11          v.
SILICON VALLEY ANIMAL CONTROL
12  AUTHORITY, et al.

13              Defendant(s).
_____/

14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: March 7, 2008 _____

                                        Signature     Harry C. Gilbert, Esq.
22
                                        Counsel for   Humane Society Silicon Valley
23                                      (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28