# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Jackson,<br><br>              Plaintiff(s),<br><br>    v.<br><br>Silicon Valley Animal Control Authority,<br><br>              Defendant(s). | 07-05667 RS ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Christopher Johns**
> Johns & Allyn APC
> 1010 B St., Suite 350
> San Rafael, CA 94901
> 415-459-5223
> cjohns@johnsandallyn.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05667 RS ENE                             - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: March 19, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05667 RS ENE                            - 2 -