MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
       dlarsen@lowball.com

Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL AUTHORITY,
AL DAVIS, ANTJE MORRIS AND CITY OF CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No. C07 05667 RS |
| Plaintiffs, | SUBSTITUTION OF ATTORNEY |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20, | |
| Defendants. | |

The court and all parties are notified that defendant City of Campbell substitutes William R. Seligmann of Law Offices of William R. Seligmann with Mark F. Hazelwood of Low, Ball & Lynch as attorney of record.

I consent to this substitution.

Dated: April 24, 2008.

LAW OFFICES OF WILLIAM R. SELIGMANN

By: _____
WILLIAM R. SELIGMANN
Attorneys for Defendant
CITY OF CAMPBELL

-1-
SUBSTITUTION OF ATTORNEY

1 | I consent to this substitution.

3 | Dated: April 30, 2008.

LOW, BALL & LYNCH

By _____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendants
SILICON VALLEY ANIMAL CONTROL
AUTHORITY, AL DAVIS, ANTJE MORRIS
AND CITY OF CAMPBELL

11 | I consent to the substitution.

13 | Dated: April 24, 2008.

By _____
CITY OF CAMPBELL
William R. Selignachy
City Attorney of Campbell

-2-

SUBSTITUTION OF ATTORNEY

J:\1042\sf0016\Pld\P-Subb.Atty.wpd

Case No. C07 05667 RS