MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
       dlarsen@lowball.com

Attorneys for Defendant
SILICON VALLEY ANIMAL CONTROL AUTHORITY,
AL DAVIS AND ANTJE MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, | Case No. C07 05667 RS |
| Plaintiffs, | **PROOF OF SERVICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20, | |
| Defendants. | |

-1-
PROOF OF SERVICE OF SUBSTITUTION OF ATTORNEY

J:\1042\sf0016\Pld\POS-Sub.Atty.wpd                    Case No. C07 05667 RS

<u>Jackson v. Silicon Valley Animal Control Authority, et al.</u>
United States District Court - Northern District Case No.: C 07-05667 RS

## CERTIFICATE OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT:**     **SUBSTITUTION OF ATTORNEY**

**ADDRESSES:**
Christopher Johns
Johns & Allyn APC
1010 B Street, Suite 350
San Rafael, CA 94901

[X]  **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]  **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]  **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]  **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on April 30, 2008.

*Stephanie Gravem*
Stephanie Gravem

-1-
CERTIFICATE OF SERVICE

J:\1042\sf0016\Spos.wpd                                                    C07-05667