1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634
   Email: mhazelwood@lowball.com
5      dlarsen@lowball.com

6  Attorneys for Defendants
   SILICON VALLEY ANIMAL CONTROL
7  AUTHORITY, AL DAVIS, ANTJE MORRIS
   AND CITY OF CAMPBELL

8

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

11

12  LEE JACKSON and KENNETH JACKSON,     )   Case No. C07 05667 RS
                                         )
13              Plaintiffs,              )   STIPULATION AND
                                         )   [PROPOSED] ORDER TO SET
14      v.                               )   CASE MANAGEMENT
                                         )   CONFERENCE
15  SILICON VALLEY ANIMAL CONTROL        )
    AUTHORITY, CITY OF SANTA CLARA, CITY )
16  OF CAMPBELL, HUMANE SOCIETY SILICON  )
    VALLEY DOES 1 TO 20,                 )
17                                       )
                Defendants.              )
18  _____  )

19      The parties to the above-captioned matter hereby stipulate to setting a case management

20  conference on August 13, 2008, at 2:30 p.m., in Courtroom 4 of the above-entitled court, before the Hon.

21  Richard Seeborg.  The grounds for setting this case management conference are:

22      1.      Despite the good-faith efforts of the parties, lay discovery has not progressed as originally

23  planned due to unforeseen circumstances;

24      2.      The Early Neutral Evaluation session scheduled for June 25, 2008, was postponed

25  indefinitely at the last minute due to a family emergency on the part of plaintiff's counsel;

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE
J:\1042\sf0016\Pld\P-Stip-CMC.wpd                                    Case No. C07 05667 RS

3.     Accordingly, the parties wish to meet before the Court to discuss revising the lay discovery plan, scheduling a new Early Neutral Evaluation session, and possibly to discuss other scheduling issues.

Dated:  July _16_, 2008.

LOW, BALL & LYNCH

By_____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendants
SILICON VALLEY ANIMAL CONTROL
AUTHORITY, AL DAVIS, ANTJE MORRIS,
AND CITY OF CAMPBELL

Dated:  July _____, 2008.

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By_____
MICHAEL C. SERVERIAN
Attorneys for Defendant
CITY OF SANTA CLARA

Dated:  July _____, 2008.

JOSEPH COSTELLA & ASSOCIATES

By_____
HARRY C. GILBERT
Attorneys for Defendant
HUMANE SOCIETY SILICON VALLEY

///

///

///

-2-

3.    Accordingly, the parties wish to meet before the Court to discuss revising the lay discovery plan, scheduling a new Early Neutral Evaluation session, and possibly to discuss other scheduling issues.

Dated: July _____, 2008.

                                    LOW, BALL & LYNCH


                                    By_____
                                       MARK F. HAZELWOOD
                                       DIRK D. LARSEN
                                       Attorneys for Defendants
                                       SILICON VALLEY ANIMAL CONTROL
                                       AUTHORITY, AL DAVIS, ANTJE MORRIS,
                                       AND CITY OF CAMPBELL


Dated: July 9th, 2008.


                                    RANKIN, LANDSNESS, LAHDE,
                                    SERVERIAN & STOCK


                                    By_____
                                       MICHAEL C. SERVERIAN
                                       Attorneys for Defendant
                                       CITY OF SANTA CLARA


Dated: July _____, 2008.


                                    JOSEPH COSTELLA & ASSOCIATES


                                    By_____
                                       HARRY C. GILBERT
                                       Attorneys for Defendant
                                       HUMANE SOCIETY SILICON VALLEY

///

///

///

1   3.   Accordingly, the parties wish to meet before the Court to discuss revising the lay

2   discovery plan, scheduling a new Early Neutral Evaluation session, and possibly to discuss other

3   scheduling issues.

4

5   Dated: July _____, 2008.

6                                        LOW, BALL & LYNCH

7

8                                        By_____

9                                          MARK F. HAZELWOOD
                                           DIRK D. LARSEN
10                                         Attorneys for Defendants
                                           SILICON VALLEY ANIMAL CONTROL
11                                         AUTHORITY, AL DAVIS, ANTJE MORRIS,
                                           AND CITY OF CAMPBELL
12

13  Dated: July _____, 2008.

14
                                           RANKIN, LANDSNESS, LAHDE,
15                                         SERVERIAN & STOCK

16

17                                       By_____
                                           MICHAEL C. SERVERIAN
18                                         Attorneys for Defendant
                                           CITY OF SANTA CLARA
19

20  Dated: July _10_, 2008.

21

22                                         JOSEPH COSTELLA & ASSOCIATES

23                                       By_____

24                                         HARRY C. GILBERT
                                           Attorneys for Defendant
25                                         HUMANE SOCIETY SILICON VALLEY

26  ///

27  ///

28  ///

1    Dated: July _10_, 2008.

2

3                                          _Stuart M. Wilson_

4                                          STUART M. WILSON
                                           Attorney for Plaintiffs
5                                          LEE JACKSON AND KENNETH JACKSON

6

7    IT IS SO ORDERED.

8    Dated: _____

9

10

11                                         HON. RICHARD SEEBORG
                                           U.S. MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE

J:\1042\af0016\Pldg-Stip-CMC.wpd                                    Case No. C07 05667 RS

1    Dated:  July _____, 2008.

2

3

4                                                    _____
                                                     STUART M. WILSON
5                                                    Attorney for Plaintiffs
                                                     LEE JACKSON AND KENNETH JACKSON
6

7    IT IS SO ORDERED.

8    Dated: _____.

9

10

11                                                   _____
                                                     HON. RICHARD SEEBORG
                                                     U.S. MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE
J:\1042\sf0016\Pld\P-Stip-CMC.wpd                                                                Case No. C07 05667 RS