1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634                    *E-FILED 7/16/08*
   Email: mhazelwood@lowball.com
5         dlarsen@lowball.com

6  Attorneys for Defendants
   SILICON VALLEY ANIMAL CONTROL
7  AUTHORITY, AL DAVIS, ANTJE MORRIS
   AND CITY OF CAMPBELL
8

9                 UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

11

12 LEE JACKSON and KENNETH JACKSON,      )  Case No. C07 05667 RS
                                         )
13                    Plaintiffs,        )  STIPULATION AND
                                         )  [PROPOSED] ORDER TO SET
14        v.                             )  CASE MANAGEMENT
                                         )  CONFERENCE
15 SILICON VALLEY ANIMAL CONTROL         )
   AUTHORITY, CITY OF SANTA CLARA, CITY  )
16 OF CAMPBELL, HUMANE SOCIETY SILICON   )
   VALLEY DOES 1 TO 20,                  )
17                                       )
                      Defendants.        )
18 _____ )

19        The parties to the above-captioned matter hereby stipulate to setting a case management

20 conference on August 13, 2008, at 2:30 p.m., in Courtroom 4 of the above-entitled court, before the Hon.

21 Richard Seeborg.  The grounds for setting this case management conference are:

22        1.      Despite the good-faith efforts of the parties, lay discovery has not progressed as originally

23 planned due to unforeseen circumstances;

24        2.      The Early Neutral Evaluation session scheduled for June 25, 2008, was postponed

25 indefinitely at the last minute due to a family emergency on the part of plaintiff's counsel;

26 ///

27 ///

28 ///

1    3.     Accordingly, the parties wish to meet before the Court to discuss revising the lay

2  discovery plan, scheduling a new Early Neutral Evaluation session, and possibly to discuss other

3  scheduling issues.

4

5    Dated: July ⟨16⟩, 2008.

6                                                LOW, BALL & LYNCH

7

8                                           By_____
                                                MARK F. HAZELWOOD
9                                                DIRK D. LARSEN
                                                Attorneys for Defendants
10                                               SILICON VALLEY ANIMAL CONTROL
                                                AUTHORITY, AL DAVIS, ANTJE MORRIS,
11                                               AND CITY OF CAMPBELL

12

13    Dated: July _____, 2008.

14                                               RANKIN, LANDSNESS, LAHDE,
                                                SERVERIAN & STOCK
15

16

17                                          By_____
                                                MICHAEL C. SERVERIAN
18                                               Attorneys for Defendant
                                                CITY OF SANTA CLARA
19

20    Dated: July _____, 2008.

21                                               JOSEPH COSTELLA & ASSOCIATES

22

23                                          By_____
                                                HARRY C. GILBERT
24                                               Attorneys for Defendant
                                                HUMANE SOCIETY SILICON VALLEY
25

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE

J:\1042\sf0016\Pld\P-Stip-CMC.wpd                                    Case No. C07 05667 RS

1      3.     Accordingly, the parties wish to meet before the Court to discuss revising the lay

2  discovery plan, scheduling a new Early Neutral Evaluation session, and possibly to discuss other

3  scheduling issues.

4

5       Dated: July _____, 2008.

6                                    LOW, BALL & LYNCH

7

8                                By_____

9                                  MARK F. HAZELWOOD
                                  DIRK D. LARSEN

10                                Attorneys for Defendants
                                SILICON VALLEY ANIMAL CONTROL
                                AUTHORITY, AL DAVIS, ANTJE MORRIS,

11                                AND CITY OF CAMPBELL

12

13      Dated: July 9th, 2008.

14                                RANKIN, LANDSNESS, LAHDE,
                                SERVERIAN & STOCK

15

16                                By_____

17                                MICHAEL C. SERVERIAN

18                                Attorneys for Defendant
                                CITY OF SANTA CLARA

19

20      Dated: July _____, 2008.

21                                JOSEPH COSTELLA & ASSOCIATES

22

23                                By_____

24                                HARRY C. GILBERT
                                Attorneys for Defendant

25                                HUMANE SOCIETY SILICON VALLEY

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE

3.      Accordingly, the parties wish to meet before the Court to discuss revising the lay

discovery plan, scheduling a new Early Neutral Evaluation session, and possibly to discuss other

scheduling issues.


Dated:  July _____, 2008.

                                        LOW, BALL & LYNCH


                                        By_____
                                           MARK F. HAZELWOOD
                                           DIRK D. LARSEN
                                           Attorneys for Defendants
                                           SILICON VALLEY ANIMAL CONTROL
                                           AUTHORITY, AL DAVIS, ANTJE MORRIS,
                                           AND CITY OF CAMPBELL


Dated:  July _____, 2008.


                                        RANKIN, LANDSNESS, LAHDE,
                                        SERVERIAN & STOCK


                                        By_____
                                           MICHAEL C. SERVERIAN
                                           Attorneys for Defendant
                                           CITY OF SANTA CLARA


Dated:  July _10_, 2008.


                                        JOSEPH COSTELLA & ASSOCIATES


                                        By_____
                                           HARRY C. GILBERT
                                           Attorneys for Defendant
                                           HUMANE SOCIETY SILICON VALLEY

///

///

///

-2-

J:\1042\sf0016\Pld\P-Stip-CMC.wpd

Case No. C07 05667 RS

1   Dated: July _10_ , 2008.

2

3                              Stuart M. Wilson

4                              STUART M. WILSON
                                 Attorney for Plaintiffs

5                              LEE JACKSON AND KENNETH JACKSON

6

7   IT IS SO ORDERED.

8   Dated: _____

9

10

11                              HON. RICHARD SEEBORG
                                U.S. MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7A1042\af0016\Pl\P-Stip-CMC.wpd                                       Case No. C07 05667 RS

1    Dated:  July _____, 2008.

2

3

4                                          _____
                                           STUART M. WILSON
5                                          Attorney for Plaintiffs
                                           LEE JACKSON AND KENNETH JACKSON
6

7    IT IS SO ORDERED.

8    Dated: ___7/16/08_____.

9

10                                         _____
11                                         HON. RICHARD SEEBORG
                                           U.S. MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE
J:\1042\sf0016\Pld\P-Stip-CMC.wpd                                Case No. C07 05667 RS