MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
       dlarsen@lowball.com

Attorneys for Defendants
SILICON VALLEY ANIMAL CONTROL
AUTHORITY, AL DAVIS, ANTJE MORRIS
AND CITY OF CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON,<br><br>  Plaintiffs,<br><br>v.<br><br>SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20,<br><br>  Defendants. | Case No. C07 05667 RS<br><br>DECLARATION OF ALBERT DAVIS IN SUPPORT OF DEFENDANTS SILICON VALLEY ANIMAL CONTROL AUTHORITY, AL DAVIS, ANTJE MORRIS AND CITY OF CAMPBELL'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>Date:       September 3, 2008<br>Time:       9:30 a.m.<br>Courtroom:  4, 5th Floor<br>Judge:      Hon. Richard Seeborg |

I, ALBERT DAVIS, declare as follows:

1. I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. I am currently employed as Field Services Manager with the Silicon Valley Animal Control Authority ("SVACA"). I have held this position since 2005. From 2002 to 2005, I was employed as Field Services Supervisor with SVACA. I held the position of Senior Animal Control Officer with SVACA from July 1, 2001 to 2002. Prior to that, I was employed by South Bay Animal

-1-

Control Services in the following positions: Captain (2000-2001); Sergeant (1999-2000); Animal Control Officer (1997-1999); Dispatcher (1996-1997). My education and training in the field of animal safety, health and protection consists of: California State Humane Academy Certificate (1998); Laws of Arrest, Search and Seizure, Penal Code § 832 Certificate (1998); Illegal Animal Fighting Certificate (1998); Supervisor's School Certificate (2000); Level I Animal Cruelty Investigator's School Certificate (2002); various animal control and care seminars (1997-present). I am familiar with SVACA's policies, procedures and practices for creating and retaining reports and other records of its activities, including investigations and seizures. I am also familiar with SVACA Policies and Penal Code § 597.1's requirements for providing Notice of Seizure of Animals and Declaration of Ownership or Right to Keep Animal to the owner of any animal(s) seized pursuant to Penal Code § 597.1(a).

3. On December 19, 2005, at approximately 1:30 p.m., I received a call made to SVACA from a concerned citizen. This citizen reported that approximately four to five dogs and two to three cats were being kept in a beige/brown Bounder motor home parked at a Mervyn's parking lot at the corner of El Camino Real and Scott in Santa Clara, California. The concerned citizen reported that animals and people in the motor home were in bad health, that one dog possibly had a broken jaw, and that the owner's first name was Lee. A true and correct copy of the SVACA activity card recording this call is attached hereto as Exhibit A and incorporated by this reference.

4. Officer Morris responded to the scene immediately, and I responded to the scene within an hour. Approximately three City of Santa Clara Police Officers arrived roughly the same time as I did. Based on Officer Morris's description of the condition of the animals inside the motor home, Officer Morris and I made the decision to seize the animals immediately pursuant to Penal Code § 597.1(a) in order to protect their health and safety.

5. Following the seizure of the animals being kept by plaintiffs Lee Jackson and Kenneth Jackson ("Plaintiffs") in the motor home, I provided Plaintiffs with a Notice of Seizure of Animal(s) and Declaration of Ownership or Right to Keep Animal, both properly completed pursuant to Penal Code § 597.1. A true and correct copy of this Notice and Declaration is attached hereto as Exhibit B and incorporated by this reference.

6. Plaintiffs requested a post-seizure hearing to determine the lawfulness of the animals'

seizure, and on December 21, 2005, I provided Plaintiffs with a letter in which I notified them that the hearing would take place at SVACA's offices at 9:00 a.m. on December 22, 2005. A true and correct copy of this December 21, 2005 letter is attached hereto as Exhibit C and incorporated by this reference.

7. Following the hearing of December 22, 2005, I furnished Plaintiffs with a letter in which I informed them that they had violated Penal Code § 597.1 by failing to provide proper care for the animals, and that they had also violated Santa Clara's vaccination, licensing and animal-limit ordinances. In the letter, I advised Plaintiffs that SVACA would consider returning "Justice," a neutered black Labrador mix, if Plaintiffs paid the required boarding, veterinary and impound fees, and demonstrated to SVACA that they could provide the necessary care by January 5, 2006. A true and correct copy of the letter of December 22, 2005 is attached hereto as Exhibit D and incorporated by this reference.

8. On January 5, 2006, SVACA Director Dan Soszynski, a representative of the Santa Clara District Attorney's office and I met with Plaintiffs and inspected their motor home. Mr. Soszynski and I determined that Plaintiffs had not cleaned their motor home sufficiently and had not demonstrated the ability to provide proper care for Justice.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my own personal knowledge.

Executed this 30th day of July, 2008, in Santa Clara, California.

_____
ALBERT DAVIS

**EXHIBIT A**

# Activity Card

**A05-025973-1**  **INV/HUM**  Priority Level: **3**  Total Animals: **21** Animal Type: **DOG**

Activity Address: EL CAMINO REAL
Activity Comment: /SCOTT - TOTAL OF APPROX 4-5 DOGS AND 2-3 CATS IN A MOTOR HOME - SEE MEMO

**Caller Information:**
CONCERNED CITIZEN
0
CA

A492233

**Result Codes:**
21 IMPND
1 WSC

Officer: P999006   MORRIS       Clerk: ADAVIS

Call Date:       12/19/05 01:30 PM
New Date:        12/19/05 01:30 PM
Dispatch Date:   12/19/05 01:54 PM
Working Date:    12/19/05 02:02 PM
Complete Date:   12/19/05 04:28 PM

Memo:

12/19/05 Motor home is a beige/brown Bounder parked in Mervyn's plaza parking lot. Lic # 3SIM113. Husband works at Safeway at Rivermark so she sometimes is parked on Agnew near there. Animals and people in bad health. One dog possibly had a broken jaw at one time. Owners first name is Lee. ADavisH3

12/19/05 I called Campbell dispatch for registered owner information on the vehcile. The vehicle is registered to George and Phyllis GONSALES at the address of 9664 Betabel Road in San Juan Bautista, CA 95045. AMH6

12-21-05 WS received from Barbara Jean Mizrahj-Shalom. KManning

**EXHIBIT B**

# NOTICE
# SEIZURE OF ANIMAL(S)

Silicon Valley Animal Control Authority
2324 Walsh Avenue
Santa Clara, CA 95051
Tel. (408) 764-0344  Fax. (408) 988-5411

Date: 12/12/05   Time: 4:15 pm   Case # ACS-02573

Under the authority of Penal Code Section 597.1, the animal(s) described below was/were seized in violation of the following:

Code Sections: California Penal Code 597(b)

From: Mervyn Place Parking lot - El Camino Real
Address/Location

Santa Clara   CA   95050
City            Zip

Animal(s)/ID: 6 adult dogs - Lhasa Apso, Shih Tzu, Lab
15 adult cats

Circumstances: Unsanitary living condition inside
Mobile home, too many animals

Icer: A. Morris HG    Extension: 764-0344

**Statement:** The owner or person authorized to keep the animal(s) or his/her agent may request a post seizure hearing by returning the enclosed declaration within ten days, including holidays/weekends, of the Notice date. Return the declaration by personal delivery or mail.

**Statement:** Costs for care/treatment of animal(s) properly seized are liens against the animal(s). No animal will be returned until liens are paid. Failure to request or attend a scheduled hearing shall result in liability for the costs.

FS-005

---

**EXHIBIT**
Deponent: Jackson
Date: 6-11-08  Rptr: mc
WWW.DEPOBOOK.COM

---

Silicon Valley Animal Control Authority
Tel. (408) 764-0344

## Declaration of Ownership or Right to Keep Animal

☑ I am the Owner  _please make this hearing as soon as possible_
☐ I am the Person Authorized to Keep the Animal  _I love my_
☐ I am the Agent of the Owner  _animals and_
☐ I am the Agent of the Person Authorized to Keep the Animal  _they love me_

I hereby request that you schedule a pre-seizure/post-seizure hearing.

This declaration must be returned to SVACA by  AMHC  12/29/05  5:00 PM
                                                               (Time)

on 12/29/05 unless you wish to waive your right to a hearing.

Signature: _Lee Jackson  Ken Jackson_   Print Name: Lee Jackson & Ken Jackson
Address: PO Box 958 Gilroy CA, 95021-
Hm. Phone: 408-832-1311   Wk. Phone: _____

_Please notify us of date by phone  we don't pick up mail_
_may daily because of gas prices_

**EXHIBIT C**



Serving
Campbell
Monte Sereno
Santa Clara

December 21, 2005

Mr. & Mrs. Kenneth Jackson
P.O. Box 958
Gilroy, CA 95021

Re:   Summary seizure and post-seizure hearing
      Date: December 22, 2005
      Time: 9:00 am

Dear Mr. & Mrs. Jackson:

The hearing has been set for the above-referenced date and time and will be held at the Silicon Valley Animal Control Authority office, 2324 Walsh Ave., Santa Clara, CA 95051. Please check in at the front counter.

Sincerely,

Albert J. Davis
Field Services Manager

cc:   City of Santa Clara, City Attorney's Office
      Captain Russ Patterson, Campbell Police, Hearing Officer

EXHIBIT ___
Deponent Jackson
Date 6-11-08 Rptr. ___
WWW.DEPOBOOK.COM

**EXHIBIT D**



# Silicon Valley
## Animal Control Authority

December 22, 2005

Mr. & Mrs. Kenneth Jackson
P.O. Box 958
Gilroy, CA 95021

Serving

Campbell

Monte Sereno

Santa Clara

Dear Mr. & Mrs. Jackson:

This is in regard to your animals that were lawfully seized from your vehicle on December 19, 2005. The animals were suffering unnecessarily from a lack of proper air, veterinary care, and proper space. This neglect of animals violates California anti-cruelty laws.

Please be advised that as an animal owner in the State of California, you are required to provide animals with proper food, drink, shelter, and to protect them from needless suffering or unnecessary cruelty. Failure to provide such care is a violation of Penal Code 597(b) of the California Penal Code, entitled "Crimes Against Animals," and is punishable as a misdemeanor or as a felony or alternatively punishable as a misdemeanor or a felony and by a fine of not more than twenty thousand dollars ($20,000).

You were also in violation of the City of Santa Clara animal ordinances as your dogs were not vaccinated and licensed. You also violated the "over-the-limit" animal ordinance.

SVACA will consider returning "Justice" a neutered, black Labrador mix to you if you correct the violations of law. Specifically, you must pay all required fees and demonstrate to the satisfaction of SVACA that you can and will provide the necessary care required by 5:00pm Thursday January 5, 2006. Failure to do so will result in "Justice" and all animals being deemed abandoned and therefore disposed of by SVACA. Please contact SVACA when you are ready for a reinspection.

In order to provide necessary care you must do the following:

1. Provide proper food:
    a. Provide proper, wholesome food. Your dog should be fed daily with the correct quantity (refer to your veterinarian's recommendation -- or table on the back of the dog food bag);
    b. Provide proper food in a clean, adequately sized container;
    c. Two 50 lb. bags must be available upon reinspection.

2. Provide proper water:
    a. Provide a large, sturdy water container to ensure your dog has access to water at all times.

2324 Walsh Avenue, Santa Clara CA 95051    Voice: (408) 764-0344    Fax: (408) 988-5411    w

3. Provide proper air and space:
   a. Remove all waste matter causing odor. Clean the vehicle thoroughly and maintain in a clean and healthy manner.
   b. Provide proper space and confinement. Chaining is not an acceptable form of confinement as it can cause unnecessary suffering. Allow the dog to roam loose in the vehicle when not in motion and house in a properly sized crate when the vehicle is in motion.
   c. You must also properly exercise your dog. It is recommended that the dog be properly exercised (walked on leash for an extended period or exercised in a dog friendly area such as a dog park) at least twice a day.

4. Collars:
   a. Provide a properly fitted collar to prevent your dog from injury and unnecessary suffering. The existing collar (choke chain) is a training device and not intended for everyday use.

5. Veterinary Care:
   a. Provide proper veterinary care and follow all recommendations of a veterinarian.

6. You will allow SVACA to inspect your vehicle and new premises for compliance at any time.

7. You will not violate the "over-the-limit" animal ordinance. It is strongly recommended that you own only one animal until you have a permanent address and can therefore provide proper care for more than one animal.

In addition, you will be required to pay all SVACA fees. As of today, fees owed total $2,603.00.00 and will continue to accrue at a rate of $299.00 per day. You must also reimburse the Humane Society for any and all veterinary expenses incurred in caring for your animals.

If you are unable to pay the required fees and/or provide the necessary care required, it is recommended that you surrender your animal as soon as possible to SVACA.

Please contact me at 764-0344 if you have any questions.

Sincerely,

Albert J. Davis
Field Services Manager