





<---->
<---->
<---->
<---->
<---->
<---->

