**EXHIBIT B**

A05-025973
P.O Box 958
Gilroy, CA  95021
JACKSON, Lee
JACKSON, Kenneth

**Animals Involved:**
15 adult cats and 6 adult dogs

On Monday 12/19/05 I responded to a humane investigation at the location of El Camino Real and Scott Boulevard in Santa Clara at the Mervyns parking lot regarding numerous animals living in poor conditions inside a motor home.

I arrived at the location and made contact with animal owner Lee and her husband Kenneth JACKSON who was also present. I introduced myself and the reason for my visit. She was immediately defensive and in disbelief that anyone would consider calling Animal Control regarding her animals. She stated that she rescued animals and they were all in good condition. I asked her to allow me to inspect the conditions myself, but she refused due to a lot of clutter inside.

She shared that she was homeless and one of the dogs was hemorrhaging. She agreed to bring the dog outside for me to evaluate. The dog had severe dental problems and was wearing a diaper to control the bleeding. She told me of another one of her dogs that was recovering from a broken jaw. She told me that the dog hit his head on the table while they were driving approximately one year ago. She provided veterinary care and must now feed the dog soft food from a spoon. I was concerned for the welfare of the remaining animals inside.

JACKSON allowed me inside the motor home to inspect the remaining animals. I was appalled by the clutter and the strong stench of ammonia caused from urine.

There were 4 dogs tied to the couch, 1 dog tied to the bathroom cabinet and one dog to the kitchen stove. They were tied up on leashes allowing them only about 1 foot of movement. I only saw one bucket partially filled with water for the dog tied to the kitchen stove. Even though the small dogs were wearing sweaters, I noticed that they were underweight once I handled them. Their coats were matted and nails over grown.

The cats were confined in 2 cat condos at the far end of the motor home. There were 6 cats inside each of the condos. In each condo a dominate cat forced the remaining cats to cower and hide at the bottom. Two feral cats were confined in a separate cat condo and 1 single cat was confined in a small size crate located in the living room. The litter boxes were not properly maintained as they contained a large amount of fecal matter.

Date of Report: 12/20/05    Officer: A. Morris    Badge #: H6    Page #:    1

The stench of urine was overwhelming which caused me to cough and I tried to hold my breath as long as I could. Numerous flies were present, especially in the cat area. There were several empty food bowls outside the condos. The water bowls inside the condos were either empty or barely filled with water.

The cats appeared to have health problems, such as shriveled ears, which is a common condition due to severe ear mite infestation and possible skin problems as they were missing fur. Some of the cats displayed typical signs of upper respiratory infection as they sneezed and had discharge from their eyes and nose.

Field Services Manager Al DAVIS arrived at the location and it was determined that all the animals would be from the motor home to protect their health and safety. JACKSON was given 597.1 paperwork for the seizure of animals.

Date of Report: 12/20/05    Officer: A. Morris    Badge #: H6    Page #:    2