1  MARK F. HAZELWOOD, # 136521
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone: (415) 981-6630
4  Facsimile: (415) 982-1634
   Email: mhazelwood@lowball.com
5         dlarsen@lowball.com

6  Attorneys for Defendants
   SILICON VALLEY ANIMAL CONTROL
7  AUTHORITY, AL DAVIS, ANTJE MORRIS
   AND CITY OF CAMPBELL
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

11

12  LEE JACKSON and KENNETH JACKSON,      )  Case No. C07 05667 RS
                                          )
13              Plaintiffs,               )  [PROPOSED] ORDER
                                          )  GRANTING DEFENDANTS
14       v.                               )  SILICON VALLEY ANIMAL
                                          )  CONTROL AUTHORITY, AL
15  SILICON VALLEY ANIMAL CONTROL         )  DAVIS, ANTJE MORRIS AND
    AUTHORITY, CITY OF SANTA CLARA, CITY  )  CITY OF CAMPBELL'S MOTION
16  OF CAMPBELL, HUMANE SOCIETY SILICON   )  FOR SUMMARY JUDGMENT
    VALLEY DOES 1 TO 20,                  )  (F.R.C.P. 56)
17                                        )
                Defendants.               )
18  _____)

19       The motion of defendants SILICON VALLEY ANIMAL CONTROL AUTHORITY, AL

20  DAVIS, ANTJE MORRIS and CITY OF CAMPBELL ("Defendants") for summary judgment, or in the

21  alternative, partial summary judgment, came on regularly for hearing on September 3, 2008, at 9:30

22  a.m., in Courtroom 4 of the above-entitled Court. Low, Ball & Lynch appeared on behalf of defendants,

23  and _____ appeared on behalf of plaintiffs KENNETH JACKSON and LEE

24  JACKSON ("Plaintiffs").

25       Having read and considered all papers submitted by the parties in regard to this motion, all other

26  matters presented to the court, and after oral argument, the Court finds that there is no genuine issue of

27  fact and Defendants are entitled to judgment as a matter of law.

28       Accordingly, it is HEREBY ORDERED that the Defendants' Motion for Summary Judgment is

-1-
[PROPOSED] ORDER

1 | GRANTED, and Plaintiffs' First Amended Complaint in this matter is DISMISSED WITH
2 | PREJUDICE.
3 |     IT IS SO ORDERED.
4 |
5 |     Dated: _____, 2008.
6 |
7 |
8 |                                 HON. RICHARD SEEBORG
                                U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER

J:\1042\sf0016\Pld\MSJ-pord.wpd                                                                                 Case No. C07 05667 RS