Harry C. Gilbert, Esq. (SBN 129944)
Steven R. Myers, Esq. (SBN 203694)
JOSEPH COSTELLA & ASSOCIATES
215 Lennon Lane, Suite 200,
Walnut Creek, Ca 94598
Telephone (925) 945-4491
Facsimile: (925) 746-3916

Attorneys for Defendant,
HUMANE SOCIETY SILICON VALLEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

LEE JACKSON and KENNETH JACKSON,

Plaintiffs,

v.

SILICON VALLEY ANIMAL CONTROL AUTHORITY; CITY OF SANTA CLARA; CITY OF CAMPBELL; HUMANE SOCIETY SILICON VALLEY and DOES 1 TO 20,

Defendant.

Case No: C07 05667 RS

DECLARATION OF BETH WARD IN SUPPORT OF DEFENDANT HUMANE SOCIETY SILICON VALLEY'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT

Date: September 3, 2008
Time: 9:30 a.m.
Courtroom: 4
Judge: Richard Seeborg

I, Beth Ward, declare:

1. I am vice-president of Animal & Customer Care for the Humane Society Silicon Valley ("the Humane Society"), located in Santa Clara, California, and I have personal knowledge of the facts stated in this declaration. I have been vice-president since April 7, 2003 and have worked for the Humane Society since June 11, 2001. My responsibilities include all aspects of animal and customer care.

2. The Humane Society is a California nonprofit public benefit corporation. Our mission is to promote value and respect for animal life by connecting people and pets

through education and technology. The Humane Society is supported by individual donations, program fees, foundation and corporate grants, and special events. We have about 65 employees, 700 volunteers, and 30,000 donors.

3. The Humane Society does not perform animal control services, or enforce animal cruelty laws. We have an open door shelter and accept all incoming animals, regardless of their health, temperament, or age 24 hours a day, 365 days a year. Our motto is that we are "The Best Place to Adopt a Pet." In addition to adoptions and our open door shelter, our programs include foster care, a medical clinic (including vaccinations, spaying, and microchip identification), education outreach, and a pet supply store.

4. On December 19, 2005, the Humane Society received from Silicon Valley Animal Control Authority ("SVACA") 15 cats and 6 dogs that SVACA advised us were seized from the Jacksons' motorhome. Humane Society personnel evaluated each animal, and provided food, shelter, and veterinary care. Following standard procedure, Humane Society employees prepared a kennel card for each animal. This card lists where each animal came from, the date our shelter received the animal, the type of animal (e.g., dog, cat), color, sex, age, weight, and whether the animal is available for adoption. For example, a true and correct copy of the kennel card for "Justice," one of the dogs SVACA seized from plaintiffs' motorhome, is attached hereto as Exhibit A.

5. On January 6, 2006, I received an e-mail communication from Al Davis, SVACA's Field Services Manager, advising that the animals were released to the Humane Society. A true and correct copy of this e-mail is attached hereto as Exhibit B. After I received this e-mail, I instructed Humane Society employees that they could start working on placement plans for the animals.

6. Most of the animals were sent to "rescue groups." These groups take care of animals who need special attention and care, and that are not suitable for general adoption. Of the 6 dogs seized, one was euthanized because she was very sick (per veterinarian's recommendation); 5 dogs were sent to rescue groups. Of the 15 cats seized, 5 were

euthanized and 10 were sent to rescue groups. I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States at Tukwila, WA [place] ) on July 29, 2008.

Beth Ward

EXHIBITA

Humane Society Silicon Valley
Kennel Card

# Justice




**Animal ID: 24308**
**Shelter Tag: a05-025973...2**
**Status: Transfer Out**

**Lost / Found Address**
el camino / scott mervyns parking lot
Santa Clara CA 95050

**Current Location: - #225**

Surrender Reason:
Date In Shelter: 12/19/2005
Due Date Out:

Type: Dog
Breed: Labrador / Australian Shepherd
Primary MicroChip: NCF24308
Primary Color: Black
Secondary Color: None

**No Euthanasia - Reason: Rescue**

Adoption Amount:
Available For Adoption Date:

Sex: Neutered Male
Age: 8 Years
Weight: lbs

**Distinguishing Features / Markings:** use caution

**Adoption Summary:**

**If you are interested in adopting this animal please provide the Animal ID number found on the upper left hand corner of this Kennel Card to an Adoption Center Representative and they will be happy to assist you.**

EXHIBIT B

| | | |
|---|---|---|
| Edit<br>Delete | 1/8/2006<br>11:06:12 AM | Date: Fri, 6 Jan 2006 10:08:31 -0800<br><br>From: "Al Davis"<br><br>Subject: Lee Jackson case<br><br>To: "Beth Ward"<br><br>Beth, This is to follow up on our phone conversation today. All of Lee Jackson's animals are released to HS and our care. She had until 5:00 pm last evening (1/5/06) to meet all requirements and failed. So according to the law since she did not meet the requirements within the 14 days the animals are considered abandoned. Thanks.<br><br>Al Davis, Field Services Manager<br><br>Silicon Valley Animal Control Authority<br><br>2324 Walsh Avenue<br><br>Santa Clara, Ca 95051<br><br>408)764-0351<br><br>408)988-5411-Fax<br><br>al@svaca.com |
| Edit<br>Delete | 12/19/2005<br>4:53:03 PM | These animals have been seized. do not reclaim. no lost and found tours are to be given. if any questions contact svaca. p# 24384. is the owner of all animals. sgoldberg |