MARK F. HAZELWOOD, # 136521
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: mhazelwood@lowball.com
dlarsen@lowball.com

Attorneys for Defendants
SILICON VALLEY ANIMAL CONTROL AUTHORITY, AL DAVIS, ANTJE MORRIS AND CITY OF CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

LEE JACKSON and KENNETH JACKSON,

Plaintiffs,

v.

SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY SILICON VALLEY DOES 1 TO 20,

Defendants.

Case No. C07 05667 RS

DECLARATION OF ANTJE MORRIS IN SUPPORT OF DEFENDANTS SILICON VALLEY ANIMAL CONTROL AUTHORITY, AL DAVIS, ANTJE MORRIS AND CITY OF CAMPBELL'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

Date: September 3, 2008
Time: 9:30 a.m.
Courtroom: 4, 5th Floor
Judge: Hon. Richard Seeborg

I, ANTJE MORRIS, declare as follows:

1. I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

2. I am currently employed as an Animal Control Officer with the Silicon Valley Animal Control Authority ("SVACA"). I have held this position since August 13, 2001. Prior to that, I was employed by the Humane Society Silicon Valley in the following positions: Kennel Coordinator (1997); Euthanasia Trainer (1996); Animal Care Technician (1994). My education and training in the field of

animal safety, health and protection consists of the following: Animal Cruelty Investigator's School Level III Certificate (2004); Animal Cruelty Investigator's School, Level I Certificate (2002); Laws of Arrest, Search and Seizure, Penal Code § 832 Certificate (2002); California State Humane Academy Certificate (2002); various animal care and control seminars. I am familiar with SVACA's policies, procedures and practices for creating and retaining reports and other records of its activities, including investigations and seizures.

3. On December 19, 2005, at approximately 2:00 p.m., I responded to a humane investigation at a Mervyn's parking lot located at El Camino Real and Scott Boulevard in Santa Clara, California, regarding numerous animals living in poor conditions inside a motor home.

4. I made contact with Lee Jackson, who identified herself as the owner of the animals inside the motor home. I introduced myself and explained the reason for my visit. Ms. Jackson brought two dogs out of the motor home for me to inspect. One was wearing a diaper to control bleeding, and the other was suffering from a broken jaw.

5. Based on the condition of the dogs I inspected, I made the decision to enter the motor home. I was appalled by the clutter and strong stench of ammonia resulting from urine. Four dogs were tied to a couch, one to a bathroom cabinet and one to the kitchen stove. I noticed that the small dogs were underweight. I observed that their coats were matted and their nails overgrown. At the rear of the motor home, two cat "condominiums" housed six cats each, one housed two feral cats, and a smaller condominium contained the remaining cat. The litter boxes contained large amounts of fecal matter, and there were numerous flies inside the motor home. I observed that the cats exhibited health problems such as shriveled ears, sneezing, and discharge from their eyes and nose.

6. I thereupon exited the motor home and called SVACA dispatch for assistance. SVACA Officer Davis arrived at the scene. Officer Davis and I determined that the animals would be removed from the motor home immediately pursuant to Penal Code § 597.1(a) in order to protect their health and safety. I took photographs of the interior of the motor home. True and correct copies of these photographs are attached hereto as Exhibit A and incorporated by this reference.

7. On December 20, 2005, I prepared SVACA Incident Report # A05-025973, which accurately recorded the events surrounding the seizure of December 19, 2005. A true and correct copy

of this report is attached hereto as Exhibit B and incorporated by this reference.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my own personal knowledge.

Executed this 30th day of July, 2008, in Santa Clara, California.

ANTJE MORRIS