Harry C. Gilbert, Esq. (SBN 129944)
Steven R. Myers, Esq. (SBN 203694)
JOSEPH COSTELLA & ASSOCIATES
215 Lennon Lane, Suite 200,
Walnut Creek, Ca 94598
Telephone  (925) 945-4491
Facsimile:  (925) 746-3916

Attorneys for Defendant,
HUMANE SOCIETY SILICON VALLEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON, <br><br> Plaintiffs, <br><br> v. <br><br> SILICON VALLEY ANIMAL CONTROL AUTHORITY; CITY OF SANTA CLARA; CITY OF CAMPBELL; HUMANE SOCIETY SILICON VALLEY and DOES 1 TO 20, <br><br> Defendants. | Case No: C07 05667 RS <br><br> [proposed] ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT HUMANE SOCIETY SILICON VALLEY <br><br> Date:  September 3, 2008 <br> Time:  9:30 <br> Place:  Courtroom 4 <br> Judge:  Richard Seeborg |

  The motion of defendant, Humane Society Silicon Valley, for summary judgment, or alternatively for partial summary judgment, came on regularly for hearing before this Court on September 3, 2008.  Stuart Wilson appeared for plaintiffs, Lee Jackson and Kenneth Jackson; and Harry C. Gilbert appeared for defendant and moving party, Humane Society Silicon Valley.

/ / /

After considering all moving, opposition, and reply papers, and arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant's motion is GRANTED.

Dated: September ___, 2008

_____
Richard Seeborg
United States Magistrate Judge