**CERTIFICATE OF SERVICE**
FRCP, Rule 5

Re: *Jackson v. Silicon Valley Animal Control Authority, et al.*
U. S. District Court Case No. C-07-05667 RS

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Joseph Costella & Associates and my business address is 215 Lennon Lane, Suite 200, Walnut Creek, California, 94598. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**DEFENDANT HUMANE SOCIETY SILICON VALLEY'S:**

**Notice and Motion for Summary Judgment, or, Alternatively for Partial Summary Judgment**
**Declaration of Karren L. Freedman in Support of Motion**
**Declaration of Beth Ward in Support of Motion**
**Declaration of Albert Davis in Support of Motion**
**Declaration of Russell Patterson in Support of Motion**
**Declaration of Antje Morris in Support of Motion**
**[proposed] Order**

(**by ELECTRONIC FILING**) as required by the Court's Order re: Electronic Service of Pleadings in this matter, and as performed by ECF/PACER on all parties in this action.

*See Service List provided by ECF/PACER*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 30, 2008, at Walnut Creek, California.

DATED: July 30, 2008

*/s/ Providence Augusta*
Providence Augusta

---

2
CERTIFICATE OF SERVICE C07 05667 RS