UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 10min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__   DATE: __8/13/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 07-05667rs__

CASE TITLE: __LEE JACKSON, ET AL__ VS. __SILICON VALLEY ANIMAL CONTROL AUTHORITY, ET AL__

**Appearances for Plaintiff(s)**         **Appearances for Defendant(s)**

__STUART WILSON__                             __MARK HAZELWOOD__

                                              __HARRY GILBERT__

                                              __JON A. HEABERLIN__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} FURTHER CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1.____
{ }     { }     { }     2.____
{ }     { }     { }     3.____
{ }     { }     { }     4.____

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)** { } Cont'd to: ____ @ ____ For ____

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: ____

__FURTHER CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER__

HOURS IN SETTLEMENT: ____      Copies to: ____  ____  ____