```
Stuart M. Wilson
State Bar #94633
1671 The Alameda, Suite 300
San Jose, California  95126
Telephone: (408) 293-8400
Facsimile: (408) 293-0714
E-mail: stuartwilson@earthlink.net

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE JACKSON and KENNETH JACKSON,<br><br>  Plaintiffs,<br><br>vs.<br><br>SILICON VALLEY ANIMAL CONTROL AUTHORITY, CITY OF SANTA CLARA, CITY OF CAMPBELL, HUMANE SOCIETY OF SILICON VALLEY, AL DAVIS, A. MORRIS and DOES 1 TO 20,<br><br>  Defendants.<br>_____ | CASE NO. C07 05667 RS<br><br>DECLARATION OF STUART M. WILSON IN SUPPORT OF REQUEST FOR DENIAL OR CONTINUANCE OF SUMMARY JUDGMENT UNDER FRCP 56(f)<br><br>Date:     September 3, 2008<br>Time:     9:30 a.m.<br>Courtroom: 4, 5th Floor<br>Judge:    Hon. Richard Seeborg<br><br>Trial Date: January 26, 2009 |

I, Stuart M. Wilson, declare as follows:

1. I am attorney of record for Plaintiffs Lee Jackson and Kenneth Jackson and have handled this action since its inception.

2. The Motions for Summary Judgment by both Defendant HUMANE SOCIETY OF SILICON VALLEY and Defendants SILICON VALLEY ANIMAL CONTROL, AL DAVIS and ANTJE MORRIS are based upon the actions of Animal Control Officers Al Davis and Antje Morris as

1

---

stated in their reports and declarations. Plaintiffs completed the depositions of both officers on August 22, 2008. The transcripts will show actions by the officers which will assist Plaintiffs in opposing the motions for summary judgment.

3. The information contained in the transcripts cannot be produced at this time because the transcripts are not due to be ready until approximately September 5, 2008. The depositions of these officers, as well as the depositions of both Plaintiffs, were continued because of scheduling problems and my unavailability due to the terminal illness and passing of my mother earlier in the summer. The depositions of the Plaintiffs are due to be concluded during the week of September 8, 2008.

4. At the conclusions of the depositions on August 22, 2008, the parties discussed stipulating to continuing the hearing and, if the hearing were to be continued, what date would be appropriate. We were not able to reach an agreement.

5. I believe that the information outlined above will raise a genuine issue of material fact and, therefore, that the present motions should be denied as premature pursuant to Fed.R.Civ.Pro. 56(f).

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 28, 2008.

                                        /s/ Stuart M. Wilson
                                        Stuart M. Wilson
                                        Attorney for Plaintiffs

DECLARATION OF STUART M. WILSON IN SUPPORT OF REQUEST FOR DENIAL OR CONTINUANCE OF SUMMARY JUDGMENT