1  Harry C. Gilbert, Esq. (SBN 129944)
   Steven R. Myers, Esq. (SBN 203694)
2  JOSEPH COSTELLA & ASSOCIATES
3  215 Lennon Lane, Suite 200,
   Walnut Creek, Ca 94598
4  Telephone  (925) 945-4491
   Facsimile  (925) 746-3916
5
6  Attorneys for Defendant,
   HUMANE SOCIETY SILICON VALLEY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN JOSE DIVISION
11

12  LEE JACKSON and KENNETH JACKSON,        Case No: C07 05667 RS

13                  Plaintiff,              HUMANE SOCIETY SILICON
                                            VALLEY RESPONSE AND
14       v.                                 OBJECTIONS TO PLAINTIFFS'
                                            DECLARATION OF STUART M.
15  SILICON VALLEY ANIMAL CONTROL           WILSON IN SUPPORT OF REQUEST
16  AUTHORITY; CITY OF SANTA CLARA;         FOR DENIAL OR CONTINUANCE
    CITY OF CAMPBELL; HUMANE                OF SUMMARY JUDGMENT UNDER
17  SOCIETY SILICON VALLEY and DOES 1       RULE 56 (f)
    TO 20,
18                                          DATE: September 3, 2008
19                  Defendant.              TIME: 9:30 a.m.
                                            ROOM 4 (5th floor)
20                                          JUDGE: Hon. Richard Seeborg
21  _____/         Trial Date: January 26, 2009

22

23       HUMANE SOCIETY SILICON VALLEY ("the HUMANE SOCIETY") objects to

24  the late filed declaration of plaintiffs' counsel.  Opposition was due 21 days before the

25  hearing date (Local Rules 7-3, 56.1.)  Plaintiff' declaration was filed on August 28, 2008,

26  only 6 calendar days before the hearing.  That is two weeks late.

27       No good cause exists for the late filing.  This Court held a case management

28  conference *after* both the HUMANE SOCIETY and SILICON VALLEY ANIMAL

-1-
RESPONSE AND OBJECTIONS TO DECLARATION OF STUART M. WILSON

CONTROL AUTHORITY had filed their respective motions for summary judgment. The pending motions were mentioned at the CMC; plaintiffs' counsel was silent and did not mention that his clients needed more time to respond.

Rule 56(f) provides, in pertinent part:

> "If a party opposing the motion shows by affidavit that, **for specified reasons**, it cannot present facts essential to justify its opposition, the court may…." (Emphasis added).

The declaration of plaintiffs' counsel does not even come close to meeting the specificity requirement. Counsel states that "the transcripts will show actions by the officers *which will assist* Plaintiffs in opposing the motions…." (Wilson declaration, 2:2-4, emphasis added.)

In paragraph 5 of the same declaration, plaintiffs' counsel opines that "I believe that the information outlined above will raise a genuine issue of material fact…." (Wilson declaration 2:17-18.) That is hardly a "fact."

In *Tatum f. City and County of San Francisco* (2006) 441 F.3d 1090, the Ninth Circuit upheld the denial of plaintiffs' request for a continuance in an excessive force case. Applying an abuse of discretion standard, the appellate court held that because plaintiff failed to provide specific facts justifying a continuance, "the district court did not abuse its discretion in denying her request for a continuance." (*Id.,* at 1100.)

Just as is the case here, the *Tatum* plaintiff's declaration simply stated counsel had not yet received officers' deposition transcripts. Moreover, just as is the case here, "the declaration does not, however, refer to any specific fact in these depositions or explain why the information contained in them was 'essential to justify Tatum's opposition.' " (*Ibid.*, internal brackets omitted.)

The declaration by the Jackson's attorneys fails for the same reasons as the reason the declaration by *Tatum's* counsel did.

RESPONSE AND OBJECTIONS TO DECLARATION OF STUART M. WILSON

1        This court should reject Mr. Wilson's late filed and without substance declaration,

2    and grant the motions.

3    DATED: August 29, 2008                JOSEPH COSTELLA & ASSOCIATES

4

5

6                      By:       _____

7                            Harry C. Gilbert

                        Attorneys for Defendant

8                            HUMANE SOCIETY SILICON VALLEY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE AND OBJECTIONS TO DECLARATION OF STUART M. WILSON

## CERTIFICATE OF SERVICE
FRCP, Rule 5

Re: *Jackson v. Silicon Valley Animal Control Authority, et al.*
   U. S. District Court Case No. C-07-05667 RS

     I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Joseph Costella & Associates and my business address is 215 Lennon Lane, Suite 200, Walnut Creek, California, 94598. On the date below, I served the following document in the manner indicated on the below-named parties and/or counsel of record:

**DEFENDANT HUMANE SOCIETY SILICON VALLEY'S RESPONSE AND OBJECTIONS TO PLAINTIFFS' DECLARATION OF STUART M. WILSON IN SUPPORT OF REQUEST FOR DENIAL OR CONTNUANCE OF SUMMARY JUDGMENT UNDER RULE 56(f):**

**(by ELECTRONIC FILING)** as required by the Court's Order re: Electronic Service of Pleadings in this matter, and as performed by ECF/PACER on all parties in this action.

*See Service List provided by ECF/PACER*

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 29, 2008, at Walnut Creek, California.

DATED: August 29, 2008

Providence Augusta

-4-