**\*E-FILED 9/3/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE JACKSON, et al., | NO. C 07-5667 RS |
|     Plaintiffs, | **SCHEDULING ORDER** |
|   v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, et al., | |
|     Defendants. | |

_____/

At the September 3, 2008 oral argument regarding defendants' summary judgment motions, the Court granted plaintiffs' request for a continuance to file an opposition pursuant to Rule 56(f) of the Federal Rules of Civil Procedure. In accordance with what transpired at oral argument, the hearing date for the motions mentioned above is hereby moved to October 1, 2008. Plaintiffs are to file an opposition on or before September 12, 2008. If defendants wish to file a reply, that brief is due on September 19, 2008.

IT IS SO ORDERED.

Dated: September 3, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Dirk Donald Larsen    DLarsen@lowball.com, sgravem@lowball.com

Harry C. Gilbert    hgilbert@travelers.com, paugusta@travelers.com

Mark F. Hazelwood    mhazelwood@lowball.com, dcostes@lowball.com

Michael C. Serverian    mserverian@rllss.com

Stuart McLeod Wilson    stuartwilson@earthlink.net

William Robert Seligmann    bill@southbaylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/3/08**                                         **Richard W. Wieking, Clerk**

                                                          **By:    Chambers**

SCHEDULING ORDER
C 07-5667 RS

2