UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __14min__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__  
COURTROOM DEPUTY: __MARTHA PARKER BROWN__

DATE: __9/3/08__  
CASE #: __C 07-05667RS__

CASE TITLE: __LEE JACKSON, ET AL__  VS. __SILISON VALLEY ANIMAL CONTROL AUTHORITY, ET AL__

| Appearances for Plaintiff(s) | Appearances for Defendant(s) |
|---|---|
| STUART WILSON | DIRK D. LARSON |
|  | HARRY GILBERT |

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   { X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | { X} | { } | 1. | FOR SUMMARY JUDGMENT |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ X } Cont'd to  10/1/08  @ 9:30 AM    For   FURTHER HEARING IF NECESSARY.

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT  
Additional Comments: COUNSEL TO SUBMIT FURTHER BRIEFING, PLAINTIFF BY 9/12, DEFENSE RESPONSE BY 9/19.  THE COURT WILL DETERMINE WHETHER FURTHER ORAL ARGUMENT IS NEEDED AND WILL ADVISE COUNSEL.