**United States District Court**
For the Northern District of California

*E-FILED 9/25/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE JACKSON, et. al | NO. C 07-5667 RS |
| Plaintiffs, | **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, et al., | |
| Defendants. | |

The Court hereby grants defendants' request to vacate their September 29, 2008 Early Neutral Evaluation Conference with Christopher Johns, Esq.

IT IS SO ORDERED.

Dated: September 24, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE
C 07-5667 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Dirk Donald Larsen     DLarsen@lowball.com, sgravem@lowball.com

Harry C. Gilbert     hgilbert@travelers.com, paugusta@travelers.com

Mark F. Hazelwood     mhazelwood@lowball.com, dcostes@lowball.com

Michael C. Serverian     mserverian@rllss.com

Stuart McLeod Wilson     stuartwilson@earthlink.net

William Robert Seligmann     bill@southbaylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO**:

Christopher Johns
Johns & Allyn APC
1010 B St., Suite 350
San Rafael, CA 94901

**Dated: 9/25/08**                              **Richard W. Wieking, Clerk**

                                                **By:     Chambers**

ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE
C 07-5667 RS

2