**\*E-FILED 10/2/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE JACKSON, et. al | NO. C 07-5667 RS |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, et al., | |
| Defendants. | |

Based on the order issued herewith, granting motions for summary judgment, the Court enters judgment in favor of defendants Silicon Valley Animal Control Authority ("SVACA"), SVACA officers Al Davis and Antje Morris, the City of Campbell, and the Humane Society of Silicon Valley against plaintiffs Lee and Kenneth Jackson in the above-entitled action.

IT IS SO ORDERED.

Dated: 10/2/08

RICHARD SEEBORG
United States Magistrate Judge

JUDGMENT
C 07-5667 RS

1

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Dirk Donald Larsen     DLarsen@lowball.com, sgravem@lowball.com

3 Harry C. Gilbert     hgilbert@travelers.com, paugusta@travelers.com

4 Mark F. Hazelwood     mhazelwood@lowball.com, dcostes@lowball.com

5 Michael C. Serverian     mserverian@rllss.com

6 Stuart McLeod Wilson     stuartwilson@earthlink.net

7 William Robert Seligmann     bill@southbaylaw.com

9 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

11 **Dated: 10/2/08**                              **Richard W. Wieking, Clerk**

**By:**     **Chambers**

JUDGMENT
C 07-5667 RS

2