**\*E-FILED 10/17/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE JACKSON, et. al | NO. C 07-5667 RS |
| Plaintiffs, | **AMENDED JUDGMENT** |
| v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, et al., | |
| Defendants. | |

In this case, judgment identifies one of the defendants as the "Humane Society of Silicon Valley."  The name should be: "Humane Society Silicon Valley."  Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, judgment is hereby amended to reflect defendant's official name above.  Judgment in favor of defendants Silicon Valley Animal Control Authority ("SVACA"), SVACA officers Al Davis and Antje Morris, and the City of Campbell against plaintiffs Lee and Kenneth Jackson remains unchanged.

IT IS SO ORDERED.

Dated: October 17, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Dirk Donald Larsen     DLarsen@lowball.com, sgravem@lowball.com

Harry C. Gilbert     hgilbert@travelers.com, paugusta@travelers.com

Mark F. Hazelwood     mhazelwood@lowball.com, dcostes@lowball.com

Michael C. Serverian     mserverian@rllss.com

Stuart McLeod Wilson     stuartwilson@earthlink.net

William Robert Seligmann     bill@southbaylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/17/08**                                              **Richard W. Wieking, Clerk**

                                                                 **By:     Chambers**

AMENDED JUDGMENT
C 07-5667 RS

2