**\*E-FILED 12/5/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE JACKSON, et. al | NO. C 07-5667 RS |
|     Plaintiffs, | **JUDGMENT** |
|   v. | |
| SILICON VALLEY ANIMAL CONTROL AUTHORITY, et al., | |
|     Defendants. | |

Based on the order issued herewith, granting motion for summary judgment, the Court enters judgment in favor of defendant City of Santa Clara against plaintiffs Lee and Kenneth Jackson in the above-entitled action.

IT IS SO ORDERED.

Dated: December 5, 2008

RICHARD SEEBORG
United States Magistrate Judge

JUDGMENT
C 07-5667 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Dirk Donald Larsen    DLarsen@lowball.com, sgravem@lowball.com

Harry C. Gilbert    hgilbert@travelers.com, paugusta@travelers.com

Mark F. Hazelwood    mhazelwood@lowball.com, dcostes@lowball.com

Michael C. Serverian    mserverian@rllss.com

Stuart McLeod Wilson    stuartwilson@earthlink.net

William Robert Seligmann    bill@southbaylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 12/5/08**                                                **Richard W. Wieking, Clerk**

                                                                    **By:    Chambers**

JUDGMENT
C 07-5667 RS

2